# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | | |
|---|---|---|
| LIGTEL COMMUNICATIONS, INC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00037 |
| BAICELLS TECHNOLOGIES INC. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIGTEL COMMUNICATIONS, INC.                                                                                                      .

Date:    01/21/2020                                                           /s/ Michael J. Nelson
                                                                                        *Attorney's signature*

                                                                        Michael J. Nelson, Illinois Bar No. 6278124
                                                                                  *Printed name and bar number*

                                                                                         Jenner & Block LLP
                                                                                         353 N Clark Street
                                                                                         Chicago, IL 60654

                                                                                                *Address*

                                                                                        MNelson@jenner.com
                                                                                            *E-mail address*

                                                                                           (312) 222-9350
                                                                                         *Telephone number*

                                                                                           (312) 527-0484
                                                                                             *FAX number*