**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAICELLS TECHNOLOGIES INC.; <br> BAICELLS TECHNOLOGIES NORTH AMERICA INC., <br><br> Defendants. | Case No. 1:20-cv-00037 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff LigTel Communications, Inc., hereby states that it has no parent corporation and that no publicly held corporation has a ten percent or greater ownership interest in LigTel Communications, Inc.

Dated:  January 21, 2020

Respectfully submitted,

/s/ *Michael J. Nelson*
Samuel L. Feder (*pro hac vice* pending)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000

Michael J. Nelson
Gabriel K. Gillett (*pro hac vice* pending)
Leigh J. Jahnig (*pro hac vice* pending)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
*Attorneys for Plaintiff LigTel Communications, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2020, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, and sent a copy of the foregoing document to the following defendants at the following addresses:

BaiCells Technologies Inc.
c/o Registered Agent Solutions, Inc.
9 E. Loockerman Street, Suite 311
Dover, DE 19901

BaiCells Technologies North America Inc.
c/o Registered Agent Solutions, Inc.
1701 Directors Blvd., Suite 300
Austin, TX 78744

DATED: January 21, 2020

*/s/ Gabriel K. Gillett*