(COURT USE ONLY)

RECEIPT NO. [                    ]

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

LIGTEL COMMUNICATIONS, INC.

v.

BAICELLS TECHNOLOGIES INC. et al

Cause No.: 1:20-cv-00037

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

LIGTEL COMMUNICATIONS, INC.

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Gillett    First Name: Gabriel    Middle Name/Initial: K.

Generation (Sr, Jr, etc):

Firm Name: Jenner & Block LLP

Street Address: 353 N Clark Street    Suite/Room No.:

City: Chicago    State: IL    Zip: 60654

Office Telephone No.: (312) 222-9350    Fax No.:

E-Mail Address: GGillett@jenner.com

**EDUCATION:**

College: The George Washington University    Degree: BA    Year Completed: 2005

Law School: Fordham University Law School    Year Graduated: 2011

Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2016 | Active | 6328233 |
| New York | 2012 | Active | 5011705 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| See attachment | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☒ No

Applicant: I, Gabriel K. Gillett, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: January 22, 2020

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____     _____
                                                              Judge, U. S. District Court

Revised 06/05/2013

Attachment

LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:

| Court | Year Admitted | Current Status |
|---|---|---|
| U.S. Court of Appeals, Eighth Circuit | 2019 | Active |
| U.S. Court of Appeals, Fourth Circuit | 2017 | Active |
| U.S. Court of Appeals, Ninth Circuit | 2015 | Active |
| U.S. Court of Appeals, Second Circuit | 2015 | Active |
| U.S. Court of Appeals, Seventh Circuit | 2016 | Active |
| U.S. Court of Appeals, Sixth Circuit | 2016 | Active |
| U.S. Court of Appeals, Third Circuit | 2014 | Active |
| U.S. District Court, Northern District of Illinois | 2018 | Active |
| U.S. District Court, Northern District of New York | 2014 | Active |
| U.S. District Court, Southern District of New York | 2014 | Active |
| U.S. Supreme Court | 2016 | Active |

# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D.C. 20543



# GABRIEL KALMAN GILLETT
# OF NEW YORK, NY

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the eighth day of August, in the year two thousand and sixteen, and is now a member of the Bar of this Court in good standing.

> In testimony, whereof, as Clerk of said
> Court, I have hereunto set my hand and
> affixed the seal of said Court, at the City
> of Washington, this seventeenth day of
> January 2020.
>
> *Scott S. Harris*
> *Clerk of the Supreme Court*
> *of the United States*
>
> By  [signature]
>
> Assistant Admissions Officer

**Appellate Division of the Supreme Court
of the State of New York
First Judicial Department**

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Gabriel Kalman Gillett

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 9, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
**January 16, 2020**

*Susanna Rojas*

Clerk of the Court

1704

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Gabriel Kalman Gillett

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 03/27/2018 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of January, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois