|  | (COURT USE ONLY) |
|---|---|
| RECEIPT NO. |  |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

LIGTEL COMMUNICATIONS, INC.

v.    Cause No. 1:20-cv-00037

BAICELLS TECHNOLOGIES INC. et al

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

LIGTEL COMMUNICATIONS, INC.

Party(s) Represented

Prefix (check one): ☐ Mr.  ☒ Ms.  ☐ Mrs.

Last Name: Jahnig    First Name: Leigh    Middle Name/Initial: Jacqueline

Generation (Sr, Jr, etc):

Firm Name: Jenner & Block LLP

Street Address: 353 N Clark Street    Suite/Room No.:

City: Chicago    State: IL    Zip: 60654

Office Telephone No.: (312) 222-9350    Fax No.:

E-Mail Address: LJahnig@jenner.com

**EDUCATION:**

College: University of Chicago    Degree: BA    Year Completed: 2010

Law School: Northwestern University Pritzker School of Law    Year Graduated: 2016

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| IL | 2016 | Active | 6324102 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| US Court of Appeals, Seventh Circuit | 2017 | Active |
| US District Court, Northern District of Illinois | 2019 | Active |
| US District Court, Central District of Illinois | 2019 | Active |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Leigh J. Jahnig, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: January 22, 2020

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____  _____

                                                                                     Judge, U. S. District Court

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Leigh Jacqueline Jahnig

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2016 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of January, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois