AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| LIGTEL COMMUNICATIONS, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:20cv37 |
| BAICELLS TECHNOLOGIES INC.; BAICELLS TECHNOLOGIES NORTH AMERICA INC. | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BaiCells Technologies Inc
c/o REGISTERED AGENT SOLUTIONS, INC.
9 E. LOOCKERMAN STREET
SUITE 311
DOVER, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gabriel Gillett
Michael Nelson
Jenner & Block LLP
353 N Clark Street
Chicago, IL 60654

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/22/2020

s/ L. Higgins-Conrad
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20cv37

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BaiCells Technologies Inc c/o REGISTERED AGENT SOLUTIONS, INC. was received by me on *(date)* Jan 22, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christina Knight, who is designated by law to accept service of process on behalf of *(name of organization)* BaiCells Technologies Inc c/o REGISTERED AGENT SOLUTIONS, INC. on *(date)* Wed, Jan 22 2020; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 01/23/2020

_____
Server's signature

Angela Lee, Process Server
_____
Printed name and title

1800 Diagonal Rd. Ste. 600, Alexandria, VA 22314
_____
Server's address

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 22, 2020, 3:18 pm EST at 9 E LOOCKERMAN ST SUITE 311, DOVER, DE 19901-7316 received by Christina Knight. Age: 27; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'9"; Hair: Black; Eyes: Brown; Relationship: Intake Manager ;