AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Indiana

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC.<br><br>*Plaintiff(s)*<br>v.<br>BAICELLS TECHNOLOGIES INC.;<br>BAICELLS TECHNOLOGIES NORTH AMERICA INC.<br><br>*Defendant(s)* | Civil Action No. 1:20cv37 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BaiCells Technologies North America Inc.
c/o REGISTERED AGENT SOLUTIONS
1701 DIRECTORS BLVD.
SUITE 300
AUSTIN, TX 78744 USA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gabriel Gillett
Michael Nelson
Jenner & Block LLP
353 N Clark Street
Chicago, IL 60654

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/22/2020

s/ L. Higgins-Conrad
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Indiana

Case Number: 1:20CV37

Plaintiff:
**Ligtel Communications, Inc.**

vs.

Defendant:
**Baicells Technologies, Inc.; Baicells Technologies North America, Inc.**

For:
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654

Received by Austin Process LLC on the 22nd day of January, 2020 at 11:29 am to be served on **BaiCells Technologies North America, Inc. by serving its Registered Agent, Registered Agent Solutions, 1701 Directors Blvd., Suite 300, Austin, Travis County, TX 78744**.

I, Dale Justice, being duly sworn, depose and say that on the **22nd day of January, 2020** at **12:00 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Appearance of Counsel, Plaintiff's Corporate Disclosure Statement, Motion for Preliminary Injunction, and Memorandum of Law in Support of Motion for Preliminary Injunction** with the date of service endorsed thereon by me, to: **Diana Lily, Registered Agent Solutions** as **Authorized Agent** at the address of: **1701 Directors Blvd., Suite 300, Austin, Travis County, TX 78744** on behalf of **BaiCells Technologies North America, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 22nd day of January, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

SUZI DICKERSON
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960911

Dale Justice
PSC - 15102; Exp 7/31/2020

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2020000455
Ref: Ligtel Communications v. Baicells Tech

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c