|  | (COURT USE ONLY) |
|---|---|
| RECEIPT NO. |  |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

LIGTEL COMMUNICATIONS, INC.

v.   Cause No.  1:20-cv-00037

BAICELLS TECHNOLOGIES INC., et al

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

LIGTEL COMMUNICATIONS, INC.

Party(s) Represented

Prefix (check one) ☒ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Feder   First Name: Samuel   Middle Name/Initial: L.

Generation (Sr, Jr, etc):

Firm Name: Jenner & Block LLP

Street Address: 1099 New York Avenue NW   Suite/Room No.: Suite 900

City: Washington   State: DC   Zip: 20001

Office Telephone No.: (202) 639-6000   Fax No.:

E-Mail Address: SFeder@jenner.com

**EDUCATION:**

College: College of William and Mary   Degree: AB   Year Completed: 1992

Law School: University of Michigan Law School   Year Graduated: 1995

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| D.C. | 1999 | Active | 462427 |
| Maryland | 1996 | Active | 9606170001 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| See attachment | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Samuel L. Feder, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: January 22, 2020

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: __1/27/2020__

S/Susan Collins
U.S. Magistrate Judge

_____
Judge, U. S. District Court

Attachment

LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:

| Court | Year Admitted | Current Status |
|---|---|---|
| U.S. Court of Appeals, Eighth Circuit | 1999 | Active |
| U.S. Court of Appeals, Second Circuit | 2006 | Active |
| U.S. Court of Appeals, DC Circuit | 2005 | Active |
| U.S. Court of Appeals, Sixth Circuit | 1996 | Active |
| U.S. Court of Appeals, Third Circuit | 1996 | Active |
| U.S. Supreme Court | 2004 | Active |

Supreme Court of the United States
OFFICE OF THE CLERK
WASHINGTON, D.C. 20543



# SAMUEL LOUIS FEDER
# OF WASHINGTON, DC

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the first day of March, in the year two thousand and four, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this seventeenth day of January 2020.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer

# Court of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of June, 1996,

### Samuel Louis Feder

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this seventeenth day of January, 2020.

_Suzanne C._____
Clerk of the Court of Appeals of Maryland



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Samuel L Feder*

was duly qualified and admitted on March 8, 1999 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January
21, 2020.**

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.