**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAICELLS TECHNOLOGIES INC.; <br> BAICELLS TECHNOLOGIES NORTH AMERICA, INC., <br><br> Defendants. | **APPEARANCE** <br><br> Case No. 1:20-cv-00037-HAB-SLC |

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Baicells Technologies Inc. and Baicells Technologies North America, Inc.

| | |
|---|---|
| February 12, 2020 <br> *Date* | /s/ Adam Arceneaux <br> *Attorney's signature* <br><br> Adam Arceneaux,  17219-49 <br> *Printed Name and bar number* <br><br> ICE MILLER LLP <br> One American Square, Suite 2900 <br> Indianapolis, IN  46282-0200 <br> *Address* <br><br> Adam.Arceneaux@icemiller.com <br> *E-mail address* <br><br> (317) 236-2137 <br> *Telephone number* <br><br> (317) 592-4604 <br> *FAX number* |

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing has been served on all counsel of record this 12th day of February, 2020, by the Court's electronic filing system.


                                                           */s/ Adam Arceneaux*
                                                           Adam Arceneaux

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
adam.arceneaux@icemiller.com