UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAICELLS TECHNOLOGIES INC.; <br> BAICELLS TECHNOLOGIES NORTH AMERICA, INC., <br><br> Defendants. | Case No. 1:20-cv-00037-HAB-SLC |

### BAICELLS TECHNOLOGIES NORTH AMERICA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Baicells Technologies North America, Inc. provides the following Corporate Disclosure Statement:

1. The parent companies of the corporation:   Baicells Technologies Co., Ltd.

2. Any publicly held company that owns ten percent (10%) or more of the corporation:

   None.

Respectfully submitted,

ICE MILLER LLP

*/s/   Adam Arceneaux*
Adam Arceneaux, Attorney No. 17219-49
Eric J. McKeown, Attorney No. 27597-49
Jessa DeGroote, Attorney No. 358487-49

***Attorneys for Defendants, Baicells Technologies Inc. and Baicells Technologies North America, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing has been served on all counsel of record this 12th day of February, 2020, by the Court's electronic filing system.

/s/ *Adam Arceneaux*
Adam Arceneaux

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
adam.arceneaux@icemiller.com