UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAICELLS TECHNOLOGIES INC.; <br> BAICELLS TECHNOLOGIES NORTH AMERICA INC., <br><br> Defendants. | Case No. 1:20-cv-00037-HAB-SLC |

## DEFENDANTS BAICELLS TECHNOLOGIES INC. AND BAICELLS TECHNOLOGIES NORTH AMERICA INC.'S NOTICE OF INITIAL EXTENSION OF TIME

Defendants Baicells Technologies Inc. and Baicells Technologies North America Inc. ("Baicells"), by counsel and pursuant to Federal Rule of Civil Procedure 6(b) and N.D. Ind. L. R. 6-1(b), respectfully provide the Court with their notice of initial extension of time within which Baicells has to answer or otherwise respond to the Complaint. In support of this Notice, Baicells states as follows:

1. The Complaint was filed on January 21, 2020, and served upon Baicells on or about January 22, 2020.

2. The original deadline for Baicells to respond to the Complaint is February 12, 2020, which deadline has not yet passed.

3. Pursuant to Local Rule 6-1(b), Baicells shall be automatically allowed a twenty-eight day initial extension of time to respond to Plaintiff's Complaint.

4. The new deadline is March 11, 2020.

5. In accordance with L.R. 6-1(b), undersigned counsel contacted Plaintiff's counsel regarding this extension and confirmed that Plaintiff has no objection to this initial extension of time to respond to the Complaint.

    Respectfully submitted,

    ICE MILLER LLP

    */s/ Adam Arceneaux*
    Adam Arceneaux, Attorney No. 17219-49
    Eric J. McKeown, Attorney No. 27597-49
    Jessa DeGroote, Attorney No. 358487-49

    ***Attorneys for Defendants, Baicells Technologies Inc. and Baicells Technologies North America, Inc.***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing has been served on all counsel of record this 12th day of February, 2020, by the Court's electronic filing system.

    */s/ Adam Arceneaux*
    Adam Arceneaux

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
Phone:  (317) 236-2100
adam.arceneaux@icemiller.com