**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., | |
| Plaintiff, | **APPEARANCE** |
| v. | Case No. 1:20-cv-00037-HAB-SLC |
| BAICELLS TECHNOLOGIES INC.; BAICELLS TECHNOLOGIES NORTH AMERICA, INC., | |
| Defendants. | |

To the Clerk of Court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Baicells Technologies Inc. and Baicells Technologies North America, Inc.

| | |
|---|---|
|    February 12, 2020 | /s/  Jessa DeGroote |
| *Date* | *Attorney's signature* |
| | |
| | Jessa DeGroote            358487-49 |
| | *Printed Name and bar number* |
| | |
| | ICE MILLER LLP |
| | One American Square, Suite 2900 |
| | Indianapolis, IN  46282-0200 |
| | *Address* |
| | |
| | jessa.degroote@icemiller.com |
| | *E-mail address* |
| | |
| | (317) 236-2356 |
| | *Telephone number* |
| | |
| | (317) 592-4248 |
| | *FAX number* |

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing has been served on all counsel of record this 12th day of February, 2020, by the Court's electronic filing system.

*/s/ Jessa DeGroote*
Jessa DeGroote

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
jessa.degroote@icemiller.com