**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., | |
| Plaintiff, | **APPEARANCE** |
| v. | Case No. 1:20-cv-00037-HAB-SLC |
| BAICELLS TECHNOLOGIES INC.; BAICELLS TECHNOLOGIES NORTH AMERICA, INC., | |
| Defendants. | |

To the Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Baicells Technologies Inc. and Baicells Technologies North America, Inc.

| | |
|---|---|
|     February 12, 2020 | /s/ Eric McKeown |
| *Date* | *Attorney's signature* |
| | |
| | Eric J. McKeown          27597-49 |
| | *Printed Name and bar number* |
| | |
| | ICE MILLER LLP |
| | One American Square, Suite 2900 |
| | Indianapolis, IN  46282-0200 |
| | *Address* |
| | |
| | eric.mckeown@icemiller.com |
| | *E-mail address* |
| | |
| | (317) 236-2124 |
| | *Telephone number* |
| | |
| | (317) 592-4228 |
| | *FAX number* |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing has been served on all counsel of record this 12th day of February, 2020, by the Court's electronic filing system.

/s/ Eric McKeown
Eric McKeown

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
eric.mckeown@icemiller.com