UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAICELLS TECHNOLOGIES INC.; <br> BAICELLS TECHNOLOGIES NORTH AMERICA, INC., <br><br> Defendants. | Case No. 1:20-cv-00037-HAB-SLC |

## BAICELLS TECHNOLOGIES INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Baicells Technologies Inc. provides the following Corporate Disclosure Statement:

1. The parent companies of the corporation:

   None.

2. Any publicly held company that owns ten percent (10%) or more of the corporation:

   None.

Respectfully submitted,

ICE MILLER LLP

*/s/ Adam Arceneaux*
Adam Arceneaux, Attorney No. 17219-49
Eric J. McKeown, Attorney No. 27597-49
Jessa DeGroote, Attorney No. 358487-49

***Attorneys for Defendants, Baicells Technologies Inc. and Baicells Technologies North America, Inc.***

## CERTIFICATE OF SERVICE

      I certify that on February 12, 2020, I electronically served the foregoing document using the Court's E-Filing System (IEFS), upon counsel of record:

      */s/ Adam Arceneaux*
      Adam Arceneaux

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
Ph: (317) 236-2100
Adam.Arceneaux@icemiller.com