UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>BAICELLS TECHNOLOGIES INC.; <br>BAICELLS TECHNOLOGIES NORTH AMERICA INC., <br><br>　　　　Defendants. | Case No. 1:20-cv-00037-HAB-SLC |

## BAICELLS' REPORT TO THE COURT

Defendants Baicells Technologies Inc. and Baicells Technologies North America Inc. ("Baicells" or "Defendants"), by counsel and pursuant to the status conference held on February 18, 2020, report that references to the Public Land Mobile Network ("PLMN") number of 31198 or Home Network Identity ("HNI") number 311-98, are no longer available on Baicells' websites, https://na.baicells.com, https://community.na.baicells.com, or the Facebook Baicells Operator Support Group.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　ICE MILLER LLP


　　　　　　　　　　　　　　　　*/s/ Adam Arceneaux*
　　　　　　　　　　　　　　　　Adam Arceneaux, Attorney No. 17219-49
　　　　　　　　　　　　　　　　Eric J. McKeown, Attorney No. 27597-49
　　　　　　　　　　　　　　　　Jessa DeGroote, Attorney No. 358487-49

　　　　　　　　　　　　　　　　***Attorneys for Defendants, Baicells Technologies Inc. and Baicells Technologies North America, Inc.***

## CERTIFICATE OF SERVICE

  I hereby certify that on February 19, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

              */s/ Adam Arceneaux*
              Adam Arceneaux

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100
Adam.Arceneaux@icemiller.com