UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 1:20-cv-00037-HAB-SLC |
| | ) |
| BAICELLS TECHNOLOGIES INC., | ) |
| BAICELLS TECHNOLOGIES NORTH | ) |
| AMERICA INC., | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiff, LigTel Communications, Inc.

Respectfully submitted,

Date:  2/21/20            By:    /s/ Michael L. Schultz
                                Michael L. Schultz (20361-49)
                                PARR RICHEY FRANDSEN PATTERSON
                                 KRUSE LLP
                                251 N. Illinois Street, Suite 1800
                                Indianapolis, IN  46204
                                Telephone:    (317) 269-2500
                                Facsimile:    (317) 269-2514
                                E-mail:       mschultz@parrlaw.com

*Attorney for Plaintiff, LigTel Communications, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon the following electronically by operation of the Court's electronic filing system this 21st day of February, 2020:

Adam Arceneaux
Adam.arceneaux@icemiler.com

Eric J. McKeown
Eric.mckeown@icemiller.com

Jessa Irene DeGroote
Jessa.degrotte@icemiller.com

                                                         /s/ Michael L. Schultz
                                                          Michael L. Schultz

Michael L. Schultz
PARR RICHEY FRANDSEN PATTERSON KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:    (317) 269-2500
Facsimile:    (317) 269-2514
E-mail:       mschultz@parrlaw.com

Samuel L. Feder (*admitted pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone:    (202) 639-6000
Email:        sfeder@jenner.com

Michael J. Nelson
Gabriel K. Gillett (admitted *pro hac vice*)
Leigh J. Jahnig (admitted *pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Telephone:    (312) 222-9350
Email:        mnelson@jenner.com
                ggillett@jenner.com
                ljahnig@jenner.com

1478425