# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAICELLS TECHNOLOGIES INC.; <br> BAICELLS TECHNOLOGIES NORTH AMERICA INC., <br><br> Defendants. | Case No. 1:20-cv-00037-HAB-SLC |

## PLAINTIFF'S REVISED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff LigTel Communications, Inc., hereby states that it is a wholly-owned subsidiary of Heartland Innovations, Inc., and that no publicly held corporation owns 10% or more of the stock of either LigTel Communications, Inc. or Heartland Innovations, Inc.

Dated:  March 11, 2020

Respectfully submitted,

/s/ *Gabriel K. Gillett*
Samuel L. Feder (admitted *pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000

Michael J. Nelson
Gabriel K. Gillett (admitted *pro hac vice*)
Leigh J. Jahnig (admitted *pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
*Attorneys for Plaintiff LigTel Communications, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I caused the foregoing document to be filed electronically on all counsel of record using the Court's CM/ECF system.

DATED: March 11, 2020

<u>*/s/ Gabriel K. Gillett*</u>