UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **LIGTEL COMMUNICATIONS, INC.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**BAICELLS TECHNOLOGIES INC.;**<br>**BAICELLS TECHNOLOGIES NORTH**<br>**AMERICA INC.,**<br><br>    Defendants. | Case No. 1:20-cv-00037-HAB-SLC |

**INDEX OF EXHIBITS TO DECLARATION OF RICK HARNISH IN SUPPORT OF DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO LIGTEL'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendants, by counsel and through undersigned counsel, respectfully submit this Index of Documents to the Declaration of Rick Harnish in Support of Defendant's Opposition to LigTel's Motion for a Preliminary Injunction.

| Exhibit | Description |
|---|---|
| 1 | Email from Rick Harnish to Ronald Mao and Bo Wei on July 29, 2019 regarding LigTel Meeting Minutes. |
| 2 | Email from Bo Wei to Tom Goode, Natalie McNamer, and Steve Barclay on September 12, 2019, regarding Baicells' plan on PLMN Migration, with Baicells PLMN Migration Plan PowerPoint attached. |
| 3 | IOC Meeting Agenda for September 20, 2019. |
| 4 | Email from Drew Greco to IOC Participants on September 20, 2019 regarding IOC Action items. |
| 5 | Email from Rick Harnish to Drew Greco, Tom Goode, and Andy Yang on December 20, 2019, regarding Baicells Migration Plan Update, with Baicells PLMN Migration Plan Update PowerPoint attached. |

| Exhibit | Description |
|---|---|
| 6 | Email exchange between Rick Harnish, Drew Greco, and Tom Goode on February 20, 2020, regarding the Baicells Migration Plan Update, with Baicells PLMN Migration Update PowerPoint attached. |
| 7 | Email exchange between Rick Harnish, Drew Greco, and Tom Goode on March 18, 2020, regarding the Baicells Migration Plan Update, with Baicells PLMN Migration Updated PowerPoint attached. |
| 8 | Screenshot of January 29, 2020 announcement by Jesse Raasch in Baicells Support Forum regarding the release of new eNB software. |
| 9 | Baicells marketing email (BaiWeekly Update) for the week of February 17, 2020 announcing update of CloudCore PLMN to 314030. |
| 10 | Screenshot of March 18, 2020 announcement in Baicells Community Forum by Jesse Raasch regarding new eNB software release and updated of PLMN to 314030. |
| 11 | Screenshot of March 18, 2020 announcement in Baicells Community Forum by Rick Harnish regarding the retirement of the original PLMN. |

Respectfully submitted,

ICE MILLER LLP

*/s/ Adam Arceneaux*
Adam Arceneaux, Attorney No. 17219-49
Eric J. McKeown, Attorney No. 27597-49
Jessa DeGroote, Attorney No. 358487-49

***Attorneys for Defendants, Baicells Technologies Inc. and Baicells Technologies North America, Inc.***

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Phone:  (317) 236-2100
Fax:    (317) 236-2219
Adam.Arceneaux@icemiller.com
Eric.McKeown@icemiller.com
Jessa.DeGroote@icemiller.com