**PLAINTIFF'S PRE-HEARING MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT INDEX**

| Exhibit No. | Description |
|---|---|
| **Declaration of Gabriel Gillett Exhibits** ||
| 1 | September 4, 2017 email from Jesse Raasch to Lixin Sun re: Resume (translated) |
| 2 | Screenshot of a Facebook post from Matt Hoppes, dated September 1, 2016 |
| 3 | June 26, 2019 email from Josh Wentworth to Jeff Brown re: Sandhills Wireless in Huawei Unit |
| 4 | Baicells's PLMN Migration PowerPoint Presentation |
| 5 | March 3, 2020 email from Rick Harnish to Jon Truell email re: We Have Our Own HNI |
| 6 | September 12, 2019 email from Bo Wei to Tom Goode, et al, re: Baicells' Plan on PLMN Migration |
| 7 | Baicells's PLMN Migration Updated PowerPoint Presentation |
| 8 | Baicells's August 7, 2019 PLMN Migration Plan for Cloud EPC in NA |
| 9 | July 9, 2019 email from Ronald Mao to Andy Yang re: PLMN Conflict with NA CloudCore |
| 10 | July 22, 2019 email from Jesse Raasch to Chad Murrish, et al., re: Baicells-Application for HNI |
| 11 | November 6, 2019 PowerPoint titled "Discussion of Baicells Migration Plan: IOC Virtual Meeting" |
| 12 | Baicells's PLMN Migration Updated PowerPoint Presentation |
| 13 | September 6, 2016 email from Jesse Raasch to Rick Harnish, et al., re: Technical Issue |
| 14 | Baicells's PLMN Migration PowerPoint Presentation |
| 15 | PLMN-ID Survey Report: Full List of PLMN ID in United States |
| 16 | July 9, 2019 email from Andy Yang to Jesse Raasch re: [Baicells Technologies] "US Support Team (Level 1)" Assignment LigTel MCC/MNC Issue |
| 17 | July 8, 2019 email from Sam Tetherow to Randy Mead re LigTel HNI Code |

1

| | |
|---|---|
| 18 | Baicells's Responses to LigTel's First Set of Interrogatories, dated March 24, 2020 |
| 19 | August 21, 2019 email from Bo Wei to Natalie McNamer (ATIS) re: Use of HNI 310-90(0) |
| 20 | Printouts from Baicells's public website, taken on January 12, 2020 |
| **Declaration of Randy Mead Exhibits** | |
| 1 | iconectiv IMSI, FAQ webpage, https://imsiadmin.com/faq (last accessed March 25, 2020) |
| 2 | IMSI Assignment and Management Guidelines and Procedures ("IMSI Guidelines") (Aug. 2018), https://www.atis.org/01_committforums/ioc/docs/IMSI-Guidelines-v15.1.1.pdf |
| 3 | November 7, 2011 Letter from Telcordia d/b/a iconectiv Confirming LigTel's HNI Code Assignment |
| 4 | LigTel's Proof of Annual Maintenance Payments for HNI Code |
| 5 | LigTel's Cybersecurity Policies No. 1 |
| 6 | LigTel's Cybersecurity Policies No. 2 |
| 7 | LigTel Employee Confidentiality Agreements |
| 8 | Non-Disclosure Agreements between Huawei and LigTel (2010) |
| 9 | February 23, 2020 Email to Mead re 3GPP HNI Guidelines (with the standards attached) |
| 10 | Screenshot of Baicells's Website stating it is 3GPP Compliant (publicly available online) |
| 11 | Non-Disclosure Agreement between Huawei and LigTel (2011) |
| 12 | August 21, 2019 Letter LigTel sent to Goode at ATIS re Baicells's Use of LigTel HNI Code |
| **Declaration of Joshua Wentworth Exhibits** | |
| 1 | IMSI Assignment and Management Guidelines and Procedures ("IMSI Guidelines") (Aug. 2018), https://www.atis.org/01_committ_forums/ioc/docs/IMSI-Guidelines-v15.1.1.pdf. |
| 2 | November 7, 2011 Letter from Telcordia d/b/a iconectiv Confirming LigTel's HNI Code Assignment |
| 3 | LigTel's Proof of Annual Maintenance Payments for HNI Code |
| 4 | Non-Disclosure Agreements between Huawei and LigTel (2011) |

| | |
|---|---|
| 5 | LigTel's Cybersecurity Policies No. 1 |
| 6 | LigTel's Cybersecurity Policies No. 2 |
| 7 | LigTel Employee Confidentiality Agreements |
| 8 | April 17, 2017 email from Wentworth to Huawei employees, including Mao, re: Capacity Issues |
| 9 | June 21, 2019 email from Brown to Wentworth re Contact Info. |
| 10 | June 26, 2019 email from Brown to Wentworth re Sandhills Wireless in Huawei Unit |
| 11 | Photos of Baicells SIM cards |
| 12 | July 3, 2019 Letter from LigTel to Sandhills Granting Limited Right to Use LigTel's HNI code |
| 13 | July 31, 2019 Email and Letter from LigTel to Sandhills Extending the Limited Right to Use |
| 14 | August 21, 2019 Letter LigTel sent to Goode at ATIS re Baicells's Use of LigTel HNI Code |
| 15 | Baicells's migration plan progress report to ATIS from March 2020. |
| 16 | Non-Disclosure Agreements between Huawei and LigTel (2010) |

.