# EXHIBIT 1

Message

**From:** Jesse Raasch [jesse@baicells.com]
**Sent:** 9/4/2017 9:43:10 PM
**To:** 'sunlixin' [sunlixin@baicells.com]
**Subject:** RE:   RE: Fw:   Resume

Not yet. Today is a holiday (Labor Day) and didn't want to bother anyone. I'll call him tomorrow.

Thanks,
Jesse

**From:** sunlixin [mailto:sunlixin@baicells.com]
**Sent:** Monday, September 4, 2017 9:14 PM
**To:** Jesse <jesse@baicells.com>
**Subject:** RE: Fw:   Resume

Have you talked?



Lixin Sun

Mob：(+86) 139-1062-4296
EMAIL：sunlixin@baicells.com

---

This e-mail and its attachments contain confidential information from Baicells Technologies Co. Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

---

**From:** sunlixin <sunlixin@baicells.com>
Sent: Saturday, September 2, 2017 05:41 PM
**To:** Jesse <jesse@baicells.com>
Subject: RE: Fw:   Resume

Hi, Jesse,
Can you have a talk with him?
I thinks besides what you have suggested, his past relations with some educations and towns maybe can also be used for Fisci market.

Lixin Sun

Mob：(+86) 139-1062-4296
EMAIL：sunlixin@baicells.com

---

This e-mail and its attachments contain confidential information from Baicells Technologies Co. Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

BAICELLS - 000013479

---
From: Jesse <jesse@baicells.com>
Sent: Monday, August 28, 2017 00:01 AM
To: sunlixin <sunlixin@baicells.com>
Subject: RE: Fw: Resume

Hi Sun Lixin,

We do need a product manager for Baicells NA, and that is the best fit I envision for him. We are at the point that we need someone dedicated to working with the Baicells LTD R&D team to manage and prioritize all feature requests for both hardware and software. She could also support some R&D prep work as well, such as, there is an immediate need on helping commercialize and package the EPC software into a VM appliance. In this case, the resources of the EPC team is limited and needs additional support before we can release the software.

Currently, and up until now, I have been responsible for these tasks, but we are at a size that it makes sense to have someone dedicated to support and drive these activities.

Some other thoughts:

You should prepare for requested salary to be high. With his experience level and location, he will likely request north of $120k/year. Here is what Glassdoor shows:



You will likely have to work out with Patrick a separation R&D budget which you can put the product manager and the requested web developer in as well.

Would you like me to contact Ronald directly to see how much of a good fit he is?

Thank you,



Jesse Raasch

VP, Engineering

Baicells Technologies, N.A. Inc.

Office: (608) 960-9992 | Mobile: (608) 350-9261

From: sunlixin [mailto:sunlixin@baicells.com]
Sent: Sunday, August 27, 2017 8:44 AM
To: Jesse <jesse@baicells.com>
Subject: Fw: Resume

Do you have any comments for whether he is suitable for Fisci or Baicells NA?

--------- Bai Cells ---------

Lixin Sun

Mob：(+86) 139-1062-4296
EMAIL：sunlixin@baicells.com
-------------------------------------------------------------------------------------------------
This e-mail and its attachments contain confidential information from Baicells Technologies Co. Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

------------------------------------------------------------------
From: Liang Xingang <liangxingang@baicells.com>
Sent: Sunday, August 27, 2017 02:42 PM
To: sunlixin <sunlixin@baicells.com>; dingyingzhe <dingyingzhe@baicells.com>
Subject: Fw: Resume

------------------------------------------------------------------
From: Ronald Mao<ronald.mao.usa@gmail.com>
Sent: August 26, 2017 02:51:55 AM
To: <liangxingang@baicells.com>
Subject: Resume

Xingang,

The attachment is my resume. Here are the customers I have now.

| Customer | Location |
|---|---|
| Norther Michigan University | Marquette, MI |
| Kings County Office of Education | Hanford, CA |
| Imperial County Office of Education | El Centro, CA |
| San Bernardino County Office of Education | San Bernardino, CA |
| Flat Wireless | Lubbock, TX |
| Leaco | Albuquerque, NM |
| LigTel Communications | Ligonier, IN |
| Blue Wireless | Buffulo, NY |
| SpeedConnect | Frankenmuth, MI |

| | |
|---|---|
| Calpines Wireless | Oraville, CA |
| Cambio | Chestertown, MD |
| Pointe Tapatio HOA | Phoenix, AZ |
| Lindsay Unified School District | Lindsay, CA |
| Lubbock Independent School District | Lubbock, TX |
| Monterey School District | Monterey, CA |
| Woodlake Unified School District | Woodlake, CA |
| Race Communications | MillBrae, CA |
| Northland Pioneer College | Holbrook, AZ |
| Antelecom | Lancaster, CA |