# EXHIBIT 2



**Matt Hoppes**
September 1, 2016

311-98

Should I have any concern regarding the MCC and MNC being fictitious or belonging to another company?

👍 Joshua Powell                                  6 Comments

Like    Comment

**Jesse Raasch** All operators using our cloud core will be using the same MCC and MNC (31198).
Like · Reply · 3y

**Matt Hoppes** Right, but what happens if a user of MCC/MNC 311-98 actually comes into the area? Wouldn't that cause some kind of confusion in the cellular matrix?
Like · Reply · 3y

**Jesse Raasch** We will be implementing a feature soon which will allow only SIMs associated to your account to connect to your base stations. Only Baicells uses 31198.
Like · Reply · 3y

**Matt Hoppes** Jesse Raasch Is 311-98 a BaiCells MNC through GSMA then?
Like · Reply · 3y

**Matt Hoppes** If I want to get my own MNC, can I do that with the current cloud core?
Like · Reply · 3y

**Jesse Raasch** Matt Hoppes I'm not sure how Beijing registered the MNC code, but I will ask them about it. We will have a feature for adding other third-party SIMs to the cloud core.
Like · Reply · 3y

Write a reply...

Write a comment...