# EXHIBIT 4



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER		BAICELLS-000000001

 Background

- PLMN "311-98" historically used in Baicells Cloud EPC appears to be un-registered in ITU
- To help overcome confusion, Baicells applied for and has received a new HNI/PLMN (314-030)
- Multiple scenarios need to be tested prior the new PLMN migration
- Commercial networks step-by-step migration is expected to take 6~9 months to ensure network safety



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000000002

# Baicells PLMN Migration Plan

1. Apply New HNI (PLMN)
2. SW Development & New Cloud EPCs Integration
3. Scenarios Testing & Migration Preparation
4. Friendly Networks Validation
5. Announcement for Commercial Networks Migration

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER               BAICELLS-000000004