# EXHIBIT 5

| Message | |
|---|---|
| From: | Rick Harnish [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6E590531F11C460581D53DA925AD6032-RICK] |
| Sent: | 3/3/2020 4:12:27 PM |
| To: | Jon Truell [jon@futuretech.net] |
| CC: | Aaron Clark [aaron@futuretech.net]; Katie Heyl [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2eb96ce1e06645c9a67d614658c81fb7-katie.heyl] |
| Subject: | RE: We have our own HNI |

Oh, I wasn't aware of that. So we can't just import new sims with our PLMN into the cloud EPC?
We have done that in the past for some former Telrad operators. Support will need to do that for you. We will need your K and OPC values.

Are we going to have to change out all our sims with 31198 when you move to 314030 or to use ours?
No, but roaming will need to be turned on, on the UEs. Especially CAT6 UEs, for which the firmware did NOT set roaming on as default. Unless roaming was turned off on the CAT4 UEs, they are already set to roam.

Do we need to add a secondary PLMN to the eNb's to support both 31198 and 314030 to be able to make the transition?
No, but you will need to upgrade firmware on your eNBs to change to the new EPC Cloudcore environment. We began beta testing this new environment in October and GA'd firmware last month to work on the new environment.

If all this info is in your announcement I can wait for that.



Respectively,

**Rick Harnish**

Chief Marketing Officer

Mobile: (+1) 260-307-4000

E-mail: <u>rharnish@baicells.com</u>

Baicells Technologies Co., Ltd.



*"Connect More With Less"*


This e-mail and its attachments contain confidential information from Baicells Technologies Co. Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

---

**From:** Jon Truell <jon@futuretech.net>
**Sent:** Tuesday, March 3, 2020 3:23 PM

**To:** Rick Harnish <rick.harnish@na.baicells.com>
**Cc:** Aaron Clark <aaron@futuretech.net>; Katie Heyl <katie.heyl@na.baicells.com>
**Subject:** RE: We have our own HNI

Oh, I wasn't aware of that. So we can't just import new sims with our PLMN into the cloud EPC? Are we going to have to change out all our sims with 31198 when you move to 314030 or to use ours? Do we need to add a secondary PLMN to the eNb's to support both 31198 and 314030 to be able to make the transition? If all this info is in your announcement I can wait for that.

**From:** Rick Harnish [mailto:rick.harnish@na.baicells.com]
**Sent:** Tuesday, March 3, 2020 2:06 PM
**To:** Jon Truell <jon@futuretech.net>
**Cc:** Aaron Clark <aaron@futuretech.net>; Katie Heyl <katie.heyl@na.baicells.com>
**Subject:** RE: We have our own HNI

Jon,

You will need your own Local EPC to use your new HNI. I have added Katie, who can quote you on that. We are transitioning to the new Cloudcore PLMN 314-030 in the next month. I am actually working on an announcement about that now and expect it to be announced in the next few days.

Respectively,

**Rick Harnish**

Chief Marketing Officer

Mobile: (+1) 260-307-4000

E-mail: rharnish@baicells.com

Baicells Technologies Co., Ltd.



*"Connect More With Less"*

This e-mail and its attachments contain confidential information from Baicells Technologies Co. Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

**From:** Jon Truell <jon@futuretech.net>
**Sent:** Tuesday, March 3, 2020 3:01 PM
**To:** Rick Harnish <rick.harnish@na.baicells.com>
**Cc:** Aaron Clark <aaron@futuretech.net>
**Subject:** We have our own HNI

Rick, we got our own HNI(IMSI) number. How do we go about implementing this. Do we need to add it to the PLMN list on the eNb's. It is 313-800



Jon Truell
Future Technologies
206 S. 13th Suite 601
Lincoln, NE 68508
jon@futuretech.net
http://www.futuretech.net
Lincoln 402-817-2682
Omaha 402-408-9753
Toll-Free 866-995-0410
Cell 402-610-1595

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                   BAICELLS-000062559