# EXHIBIT 6

Message

| | |
|---|---|
| From: | Bo Wei [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A1CEA1A35A254E3ABCA50B9B8F9FE821-BO.WEI] |
| Sent: | 9/12/2019 7:01:10 PM |
| To: | Tom Goode [tgoode@atis.org]; McNamer, Natalie [nmcnamer@iconectiv.com]; Steve Barclay [sbarclay@atis.org] |
| CC: | Coran, Steve [SCoran@lermansenter.com]; Andy Yang [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=095658fdead141e486f34b31c4e50be0-andy.yang]; Rick Harnish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6e590531f11c460581d53da925ad6032-rick]; Boun Senekham [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0985941c5e584dd68b2d5af0a6d4bc65-boun]; jesse@baicells.com; Ronald Mao [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f7ce60b974854c87898c2e04696d6f14-ronald.mao]; Minchul Ho [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=389d93e3f6ba4f899cc576805c56935a-minchul.ho] |
| Subject: | RE: Baicells' plan on PLMN Migration |
| Attachments: | Baicells PLMN Migration Plan Public.pptx |

Tom and All,

Please see our response as follows. Also, attached please find the public version of the slide deck.

(1) The presentation indicates that commercial networks step-by-step migration is expected to take 6 to 9 months and would begin in November of 2019.  Can you confirm this?  Also, can you provide a date by which all migrations will be completed and Bai Cells will no longer be using the HNI code 311-980? I think it's important that we get a firm deadline.
Resp: Yes, we confirm that we intend to begin the transition in November 2019.  We expect that all migrations can be completed in 6-9 months, but that will depend how our customers upgrade their network elements and what, if any, unforeseen problems may arise.

(2) It would be helpful to understand when we can expect to get updates from Bai Cells on progress. At a minimum, I think we would want to receive quarterly updates. We are not expecting anything formal, just something in writing that would allow us to respond to any inquiries.
Resp: Yes, we will provide written quarterly updates beginning November 1 until the transition is complete.

(3) We would like to discuss this matter at an upcoming IMSI Oversight Council (IOC) meeting.  I noticed that the presentation is marked "confidential."  Can you provide a version of this presentation or other document that we can share with the IOC?  As a reminder, the IOC is the consensus-based forum within ATIS that helps to provide input on operational and strategic issues related to the use of HNIs in North America.
Resp: A public version of the presentation is attached and can be shared at the IOC meeting.


Bo Wei, PhD
President & CEO
Baicells Technologies North America
469-230-4120(M)
bo.wei@baicells.com

---

**From:** Tom Goode <tgoode@atis.org>
**Sent:** Tuesday, September 10, 2019 2:57 PM
**To:** Bo Wei <bo.wei@na.baicells.com>; McNamer, Natalie <nmcnamer@iconectiv.com>; Steve Barclay

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                    BAICELLS-000007936

&lt;sbarclay@atis.org&gt;
**Cc:** Coran, Steve &lt;SCoran@lermansenter.com&gt;; Andy Yang &lt;andy.yang@na.baicells.com&gt;; Rick Harnish &lt;rick.harnish@na.baicells.com&gt;; Boun Senekham &lt;boun@na.baicells.com&gt;; jesse@baicells.com; Ronald Mao &lt;ronald.mao@na.baicells.com&gt;; Minchul Ho &lt;minchul.ho@na.baicells.com&gt;
**Subject:** RE: Baicells' plan on PLMN Migration

Dear Dr. Wei:

Thank you for sending the PLMN Migration Plan.

I did have a few questions.
(1) The presentation indicates that commercial networks step-by-step migration is expected to take 6 to 9 months and would begin in November of 2019.  Can you confirm this?  Also, can you provide a date by which all migrations will be completed and Bai Cells will no longer be using the HNI code 311-980? I think it's important that we get a firm deadline.
(2) It would be helpful to understand when we can expect to get updates from Bai Cells on progress. At a minimum, I think we would want to receive quarterly updates. We are not expecting anything formal, just something in writing that would allow us to respond to any inquiries.
(3) We would like to discuss this matter at an upcoming IMSI Oversight Council (IOC) meeting.  I noticed that the presentation is marked "confidential."  Can you provide a version of this presentation or other document that we can share with the IOC?  As a reminder, the IOC is the consensus-based forum within ATIS that helps to provide input on operational and strategic issues related to the use of HNIs in North America.

The next IOC meeting has been scheduled for Friday, September 20 at 1:00-3:00pm EDT.  As an HNI code holder, you would be welcome to attend this meeting.  If you would like additional information on the meeting, please contact Drew Greco, at dgreco@atis.org.

If you have any questions, please let me know.

Tom


**From:** Bo Wei &lt;bo.wei@na.baicells.com&gt;
**Sent:** Thursday, August 29, 2019 6:41 PM
**To:** McNamer, Natalie &lt;nmcnamer@iconectiv.com&gt;; Tom Goode &lt;tgoode@atis.org&gt;; Steve Barclay &lt;sbarclay@atis.org&gt;
**Cc:** Coran, Steve &lt;SCoran@lermansenter.com&gt;; Andy Yang &lt;andy.yang@na.baicells.com&gt;; Rick Harnish &lt;rick.harnish@na.baicells.com&gt;; Boun Senekham &lt;boun@na.baicells.com&gt;; jesse@baicells.com; Ronald Mao &lt;ronald.mao@na.baicells.com&gt;; Minchul Ho &lt;minchul.ho@na.baicells.com&gt;
**Subject:** Baicells' plan on PLMN Migration

Natalie/Tom/Steve,

Attached please find the PLMN Migration Plan as you requested and we promised to provide during last meeting. Please let us know if you have any questions and suggestions.

Best Wishes,

Bo Wei, PhD
President & CEO
Baicells Technologies North America
469-230-4120(M)
bo.wei@baicells.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                BAICELLS-000007937

-----Original Appointment-----
**From:** Bo Wei
**Sent:** Wednesday, August 21, 2019 4:18 PM
**To:** Coran, Steve; Andy Yang; McNamer, Natalie; tgoode@atis.org; sbarclay@atis.org; Rick Harnish; Boun Senekham; jesse@baicells.com; Ronald Mao; Minchul Ho
**Subject:** Bo Wei's RingCentral Meeting
**When:** Thursday, August 22, 2019 9:00 AM-10:00 AM (UTC-06:00) Central Time (US & Canada).
**Where:** New HNI Transition Discussion with Baicells


Hi there,

Bo Wei is inviting you to a scheduled RingCentral meeting.

Join from PC, Mac, Linux, iOS or Android: https://meetings.ringcentral.com/j/1483951111

Or iPhone one-tap :
　US: +1(773)2319226,,1483951111#
Or Telephone:
　Dial(for higher quality, dial a number based on your current location):
　US: +1(773)2319226
　Meeting ID: 148 395 1111
　International numbers available: https://meetings.ringcentral.com/teleconference