# EXHIBIT 8

# PLMN migration plan for cloud EPC in NA

Department of CN production
2019-8-7

This document contains confidential information belonging to Baicells Technologies Co., Ltd. Any form of unauthorized behavior is forbidden (including but not limited to copy, photograph, preservation, dissemination, etc.) without written permission from Baicells Technologies Co., Ltd. and legal responsibility shall be borne in accordance with the law.

# Background

## ■ Issues

1. Current PLMN "31198" is invalid to use in cloud EPC in USA, it is not registered in ITU.

2. There were many USIM cards distributed to our customers, these cards were written with below information.

    We can see the IMSI prefix is same as Ligtel's PLMN "311980".

3. We had gotten our own official PLMN since 7-30-2019, new PLMN is "314030".

4. We have to migrate our lived network with new PLMN "314030" step by step.

```
*************IMSI=311980000050991
*************ACC=0002
*************SPN=baicells
*************PLMN=31198
*************OPLMN=31198
*************HPLMN=31198
*************EHPLMN=31198
*ForbiddenNetwork=46000 46001 46002 46003 46007
46008 46009 46010
*************OPC=07DAA8B5F27F9100A5EB204EE30816
```



BAICELLS-000008106

## Migration Plan for CloudEPC

| Step | To Do | Task | Owner | deadline | Status |
|------|-------|------|-------|----------|--------|
| 1 | Kickoff | Kickoff meeting, including NA, Delivery, EPC, OMC, eNB, CPE,supply chain teams | Chang Hao | 8/7/2019 | Done |
| 2 | Investigation | Investigate all eNB, CPE SW situation in NA | Yao Li | 8/7/2019 | Done |
| 3 | Make deployment plan | Design the new cloud EPC deployment plan | Xiong Zhiwei | 8/8/2019 | Done |
| 4 | Change delivery plan | Pause or delay some old goods delivery | ? | | |
| 5 | Make Test plan | Design E2E solution test cases, try to cover all kinds off scenarios | Yao Li | | |
| 6 | VM application | Apply new VMs for new EPC | Xiong Zhiwei | 8/9/2019 | |
| 7 | Cloud EPC deployment | Deploy new EPC as the new Cloud EPC deployment plane | Li Ke | | |
| 8 | New eNB SW release | Release the new eNB software version | Zhang Dandan | | |
| 9 | Make new USIM cards | Make some USIM cards for solution testing in NA | ? | | |
| 10 | Solution Test | Verify all kinds of scenarios as the solution test plan | ? | | |
| 11 | Migration | Upgrade eNB/CPE software version and change the related configurations | Jesse | | |
| 12 | Recovery delivery plan | Recover to supply goods with new eNB SW version and USIM cards | ? | | |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000008107



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000008108

## Solution test cases for Cloud EPC

■ **Below test cases should be tested at least:**

- MME Pool test for EPC-03 and EPC-04
- eNB upgrade test for all kinds of history versions
- Access to new EPC(new PLMN): Old USIM cards, all kinds of CPE version, new eNB SW version with new PLMN
- Access to new EPC(new PLMN): new USIM cards, all kinds of CPE version, new eNB SW version with new PLMN
- OMC and BOSS functions for new cloud EPC and new USIM cards





## Test object list

| Test ID | Test case slogan | Result |
|---|---|---|
| Cloud EPC Test | | |
| | MME pool test for EPC-03 and EPC-04 | |
| eNB Test | | |
| | eNB can successfully migrate to new cloud EPC after upgrade | |
| | HaloB scenario with new software | |
| | Cloud EPC scenario with new software | |
| | Local EPC scenario with new software | |
| | eNB upgrade path verification | |
| CPE Test | | |
| | CPE can connect to the new Cloud EPC after eNB upgrade | |
| | CPE can roam to the new PLMN automatically after eNB upgrade | |
| Call Test | | |
| | Access to new EPC(New PLMN): old USIM cards, all kinds of CPE version with eNB new software version | |
| | Access to new EPC(New PLMN): new USIM cards, all kinds of CPE version with eNB new software version | |
| | Access to old EPC(Old PLMN): new USIM cards, all kinds of CPE version with eNB new software version | |
| OMC & Boss Test | | |
| | OMC and Boss functions for new cloud EPC and new USIM cards | |

BAICELLS-000008110

# HaloB migration plan

| Step | To Do | Task | Owner | deadline | Status |
|------|-------|------|-------|----------|--------|
| 1 | Investigation | Investigate what HaloB versions were used | Yao Li | 8/7/2019 | Done |
| 2 | New Halo SW release | Release the new eNB software version | Zhang Dandan | | |
| 3 | Solution Test | Verify all kinds of scenarios, include OMC/BOSS functions | ? | | |
| 4 | Migration | Upgrade HaloB/CPE software version and change the related configurations | Jesse | | |



 Local EPC migration plan

- **Usually, PLMN is configured as customer's own PLMN data, no need to change anything.**
- **If there are some scenarios configured as invalid PLMN, please follow steps to fix:**
  - Change PLMN configurations on EPC
  - Change PLMN configurations on eNodeB
  - Enable CPE's roaming switch



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000008112

## Supply chain plan

Bai Cells

BAICELLS-000008113

 Others

- **Subsequently, all related default PLMN should be replaced to "314030", not only includes EPC, eNodeB, USIM cards.**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000008114



BAICELLS-000008115