# EXHIBIT 10

| | |
|---|---|
| Message | |
| From: | jesse@baicells.com [jesse@baicells.com] |
| Sent: | 7/22/2019 5:15:44 PM |
| To: | Chad Murrish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5c9fd23cf3164e1694e87b9096704176-chad.murris]; Andy Yang [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=095658fdead141e486f34b31c4e50be0-andy.yang]; Bo Wei [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a1cea1a35a254e3abca50b9b8f9fe821-bo.wei]; Boun Senekham [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0985941c5e584dd68b2d5af0a6d4bc65-boun]; Jesse Raasch [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=73af609a0a0c4f19895f52a4fba1cfa6-Jesse]; Rick Harnish [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6e590531f11c460581d53da925ad6032-rick]; Ronald Mao [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f7ce60b974854c87898c2e04696d6f14-ronald.mao] |
| Subject: | RE: baicells - Application for HNI |

Great work Andy!  I will sync up with the respective PMs in China to prepare for the PLMN change.

Thanks,



Jesse Raasch

CTO & VP, Emerging Business

Baicells Technologies, N.A. Inc.

Office:  (608) 960-9992 | Mobile:  (608) 350-9261

---

**From:** Chad Murrish <chad.murrish@na.baicells.com>
**Sent:** Monday, July 22, 2019 5:08 PM
**To:** Andy Yang <andy.yang@na.baicells.com>; Bo Wei <bo.wei@na.baicells.com>; Boun Senekham <boun@na.baicells.com>; Jesse Raasch <jesse@na.baicells.com>; Rick Harnish <rick.harnish@na.baicells.com>; Ronald Mao <ronald.mao@na.baicells.com>
**Subject:** Re: baicells - Application for HNI

Yes sir

Exactly right

Glad we could get it sorted out

Thank you sir


Sent from my Verizon, Samsung Galaxy smartphone

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    BAICELLS-000008178

-------- Original message --------
From: Andy Yang <andy.yang@na.baicells.com>
Date: 7/22/19 4:03 PM (GMT-07:00)
To: Bo Wei <bo.wei@na.baicells.com>, Boun Senekham <boun@na.baicells.com>, Jesse Raasch <jesse@na.baicells.com>, Rick Harnish <rick.harnish@na.baicells.com>, Chad Murrish <chad.murrish@na.baicells.com>, Ronald Mao <ronald.mao@na.baicells.com>
Cc: Andy Yang <andy.yang@na.baicells.com>
Subject: FW: baicells - Application for HNI

Hi Bo & team,
Have call this morning with iConectiv staff, Baicells can apply the HNI as the Service Profile management system, without FCC number.

I will move on to apply the HNI, please advise the following:
- Please find the attached file and let me know if the information correct
- Please advise if I shall be the authorized person to sign the application
- iConectiv suggest to file online, their customer care will contact me for credit card information (payment of $325 nonrefundable).   Do I need to involve Susie or use my credit card and reimburse afterward

PS: Chad, we do not need to get the FCC Wireless License registration information no more.   Thanks for your effort.

Regards,

**Andy Yang**
Director of Engineering & Services



Baicells Technologies North America

682-433-2546 (M)
Andy.yang@baicells.com


From: Andy Yang <andy.yang@na.baicells.com>
Sent: Monday, July 22, 2019 3:45 PM
To: McNamer, Natalie <nmcnamer@iconectiv.com>; Andy.yang@baicells.com
Cc: Shields, Ryan <rshields@iconectiv.com>; imsiadmin <imsiadmin@iconectiv.com>; Andy Yang <andy.yang@na.baicells.com>
Subject: RE: baicells - Application for HNI

Thanks Natalie,
From technical point of view, our cloudcore broadcast "311-98" which shall not conflict to the network of "311-980"; but we still urgent need to have our assigned HNI to avoid confusion.

We will submit the application this week, please advise which method would be better:

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                    BAICELLS-000008179

1. Email to iConectiv the application form and provide the credit card number for payment
2. FeDex the application with check to the following address

IMSI Administrator
Telcordia Technologies, Inc., dba iconectiv
100 Somerset Corporate Blvd., Room 6E-603E
Bridgewater, NJ 08807
Phone: +1 866-672-6997 Email: IMSIadmin@iconectiv.com

Thanks for your help!

Regards,

**Andy Yang**
Director of Engineering & Services



Baicells Technologies North America

682-433-2546 (M)
Andy.yang@baicells.com

---

**From:** McNamer, Natalie <nmcnamer@iconectiv.com>
**Sent:** Monday, July 22, 2019 3:12 PM
**To:** Andy.yang@baicells.com
**Cc:** Shields, Ryan <rshields@iconectiv.com>; imsiadmin <imsiadmin@iconectiv.com>
**Subject:** baicells - Application for HNI

Andy,

Per our discussion this morning, since BaiCell is a provider of a Service Profile management system, there is no requirement for an FCC Wireless license to obtain an HNI code.

When filling out the HNI application the second field to populate states "Select the type of entity requesting the HNI" – Select the Provider of a Service Profile management system from the dropdown.  Where the application requests: "If applicant determines that no authorization is required, State reason" – Enter that a license is not required as you are a provider of a Service Profile management system.

Do you think your application will be able to be submitted this week?  Since your company is currently using an HNI that is assigned to another company, I am hoping we can get this HNI assigned ASAP to allow you to begin the process of moving off of the current HNI.

If you have any questions, please let me know.

Ryan,
If there is anything I missed on the above, please "reply to all".

Thanks

**Natalie McNamer**
Industry Relations Manager

iconectiv | nmcnamer@iconectiv.com
100 Somerset Corporate Boulevard | Bridgewater, NJ | 08807
c: 630.290.0021
www.iconectiv.com



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      BAICELLS-000008181