# EXHIBIT 11

# Discussion of Baicells Migration Plan

IOC Virtual Meeting

November 6, 2019

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000008430

## Background

- The IOC has been discussing the migration plan proposed by Baicells to migrate from the HNI 311-98 code.
    - This migration plan is necessary because HNI 311-98 code has been assigned in the US to another party (Ligtel).
- During the last IOC meeting, the proposed migration plan was discussed.
    - While there was input from some members during that meeting that the proposed plan was reasonable, the IOC permitted additional time for participants to provide input.
    - To avoid further delay, the IOC recommended that Bai Cells move forward with the proposed implementation plan while the IOC continued to consider it.
    - After the call, additional input from Ligtel and Baicells was received.
- The goal of today's call is to reach consensus on this matter.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Baicells PLMN Migration Plan

As previously discussed by the IOC, below is high-level description of the migration plan; quarterly progress updates to the IOC will be provided.

(1) New HNI (314-040) was granted on _____.

(2) SW development was to be completed in September.

(3) Testing and migration prep was to be completed in September-October.

(4) Friendly network validation was to be completed by September 23.

(5) The migration was to commence on November 1, 2019.

(6) All migrations are expected to be completed in 6-9 months (depending on customers action and barring any, unforeseen problems).



① Apply New HNI (PLMN)
② SW Development & New Cloud EPCs Integration
③ Scenarios Testing & Migration Preparation
④ Friendly Networks Validation
⑤ Announcement for Commercial Networks Migration

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                BAICELLS-000008432

# Comments by Ligtel on Migration Plan
(IOC-2019-00009R000 and IOC-2019-00013R000)

- More detail was requested on how SIM card replacement would be accomplished.
    - How will legacy SIM cards held in inventory by Baicells or its network of distributors be addressed?
    - How will SIM cards that are in service be addressed? (Use of software overrides?)
    - How roaming authentication will be accomplished with in-service legacy SIM cards with HNI311-980 code?
    - How will incidences of network misidentification be addressed if they occur?
- How to verify migration actions have been successfully concluded.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                      BAICELLS-000008433

# Comments by Ligtel on Migration Plan
(IOC-2019-00009R000 and IOC-2019-00013R000) (cont'd)

- Recommend submission of a written milestone schedule detailing the steps that will be required to be completed for Baicells migration.
- Recommend submission of a written commitment by Baicells to the IOC that the transition will be complete on or before July 31, 2020.
- Recommend monthly (not quarterly) updates with any deviations from the migration plan disclosed.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                    BAICELLS-000008434

# IOC Discussion

- Based on the input received, does the IOC recommend changes to the migration plan?
    - Is more information needed?
- Does the IOC support the migration plan (as originally proposed or as revised)?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000008435