# EXHIBIT 13

Message

| | |
|---|---|
| **From**: | Jesse Raasch [jesse@baicells.com] |
| **Sent**: | 9/6/2016 6:30:51 PM |
| **To**: | 'G. Nicholas' [gnicholas@nwnc.net]; 'Patrick Leary' [patrick.leary@baicells.com]; 'Rick Harnish' [rick.harnish@baicells.com] |
| **Subject**: | RE: RE: Technical Update |

Hello Garth,

Have you tried clicking the forgot your password link? If not, please visit http://trials.na.baicells.com/password/reset and enter your email address (gnicholas@nwnc.net).

Thank you,

Jesse Raasch
VP, Engineering & Operations
Mobile:  (608) 350-9261
Baicells Technologies, N.A. Inc.


-----Original Message-----
From: G. Nicholas [mailto:gnicholas@nwnc.net]
Sent: Tuesday, September 6, 2016 12:44 PM
To: Patrick Leary <patrick.leary@baicells.com>; Rick Harnish <rick.harnish@baicells.com>
Cc: Jesse <jesse@baicells.com>
Subject: Re: RE: Technical Update

Rick,

No I still don't have the URL or a logon id/password for the web app.

Garth

----- Original Message -----
From: Rick Harnish
Sent: 9/6/2016 11:22:11 AM
To: patrick.leary@baicells.com;gnicholas@nwnc.net
Cc: jesse@baicells.com
Subject: RE: Technical Update

> Garth and Jesse,
>
> Did this get taken care of?
>
> Respectfully,
>
> Rick Harnish
> Director of WISP Markets
> Baicells Technologies, N.A.
> Mobile: +1.972.922.1443
> Email: rick.harnish@baicells.com
> Follow us on Facebook for the latest news
>
> -----Original Message-----
> From: Patrick Leary [mailto:patrick.leary@baicells.com]
> Sent: Friday, September 2, 2016 1:57 PM
> To: 'G. Nicholas' <gnicholas@nwnc.net>
> Cc: 'Rick Harnish' <rick.harnish@baicells.com>; 'Jesse'
> <jesse@baicells.com>
> Subject: RE: Technical Update
>
> Can you guys make sure Garth gets his web app access taken care of please?
>
>
> Patrick Leary
>

```
> -----Original Message-----
> From: G. Nicholas [mailto:gnicholas@nwnc.net]
> Sent: Friday, September 2, 2016 1:28 PM
> To: patrick.leary@baicells.com
> Subject: Re: Technical Update
>
> Patrick,
>
> I still have not received a login to the Trial Operators Web App.   I did
> send an email to Savannah last month as the group emails and Boun
> instructed, but so far only have access to the Private Facebook page. I
> did send photos of our installed base station to Boun.
>
> Just want to make sure we are on the list of trial operators that has
> been sent to distributors for special pricing.
>
> Thanks
> Garth
>
> ----- Original Message -----
> From: Baicells Technologies
> Sent: 9/2/2016 8:24:07 AM
> To: gnicholas@nwnc.net
> Subject: Technical Update
>
> > Happy September!  Your weekly news & updates Dear Trial Operators,
> > To
> wrap up this week, we'd like to share some updates with you. Our VP of
> Engineering & Operations Jesse Raasch posted the following technical
> update in the private Baicells Trial Operators Facebook group. Jesse
> has also been fielding questions asked in this group, so we've
> compiled all of this technical information below.  NAT Fix and Router
> Mode Technical Update
> 8/31/16 For anyone who has been experiencing timeout issues, we have
> located and fixed the bug for the upcoming base station software
> release. Basically, the issue was with the CPE where it would
> occasionally send out the LAN IP address as the source IP which would
> effectively kill open NAT sessions. We have updated LGW (Local Gateway
> / Local Breakout) to return packets to the CPE using the CPE's WAN
> address only. Also in the next base station software upgrade, you will
> be able to make changes to LGW. This includes being able to change
> between NAT and Router mode and being able to statically assign IP
> addresses by IMSI. You can choose between NAT or Router (L3 without
> NAT) mode from the "LGW Mode" parameter. The IP addresses are assigned
> dynamically, starting with the first IP in "LGW IP Pool". For static
> assignments, you can manually set the IP by the subscriber's IMSI. LTE
> Status  Here's some clarification on the significance of the red icon
> for CPE in OMC:  Red means not connected. LTE status is a parameter
> which is pulled from the CPE and keeps the value which was last
> updated. I already made a request for "LTE Status" field to be removed
> as it is obviously not accurate if the CPE becomes offline.  Either
> the CPE is really offline or
> TR069 in the CPE stopped working for some reason. There is the
> potential for a "ghost UE" which is a UE that doesn't release cleanly
> from the base station. If this happens, the base station will still
> think the UE is connected. MCC and MNC All operators using our cloud
> core will be using the same MCC and MNC (31198). We will be
> implementing a feature soon which will allow only SIMs associated to
your account to connect to your base stations.
> Only Baicells uses 31198. Also, we have asked our Beijing team how
> they've registered the MNC code, and we'll keep you posted on their
> answer. If you want to get your own MNC, you'll eventually be able to
> do that since we will have a feature for adding other third-party SIMs
> to the cloud core. Don't forget to use the Baicells Trial Web App Just
> a reminder to trial customers as we near the end of the trials for
> many of you: you must complete the input the data into the trial web
> app in order to earn your one year of special pricing. We will be
> sending participating Authorized Baicells Partner (ABP) distributors
> weekly an updated list of operators who have completed this final step
> so they know who qualifies for the special pricing. As you can see
```

```
> from the screenshot below, after creating a trial account, you must
> simply submit photos of your equipment installations, performance
evaluation tests, and a testimony. Three steps and you're done!
> If you have any questions, you can ask them here or via the private
> group, or simply contact any of us. Dallas Road Show is "Sold Out"
> Thanks to everyone who registered for our Dallas show. We've reached
> our max capacity of 65 guests! With multiple guest speakers of varying
> backgrounds, reps from three of our distribution partners, and the
> majority of our team present, this will be an exciting road show to
> attend.  For those of you attending who are interested in booking a room
at the SpringHill Suites with Baicells'
> group rate, you can do so here. The hotel is conveniently located
> right down the street from the road show venue.  Thanks for reading.
> Enjoy your Happy Labor Day weekend.  Regards,  Patrick Leary
> President, Baicells Technologies N.A.  Follow us for photos and
> feedback from our Wave 2 Trials Baicells Technologies | 555 Republic
> Drive, Suite 200, Plano, TX 75074 Unsubscribe gnicholas@nwnc.net
> Update Profile | About our service provider Sent by
> patrick.leary@baicells.com in collaboration with Try it free today
>
>
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000034213