# EXHIBIT 14



 Background

- PLMN "311-98" historically used in Baicells Cloud EPC appears to be un-registered in ITU
- To help overcome confusion, Baicells applied for and has received a new HNI/PLMN (314-030)
- Multiple scenarios need to be tested prior the new PLMN migration
- Commercial networks step-by-step migration is expected to take 3-6 months to ensure network safety



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000007846

## Schedule & Milestones

| 2019 | Aug | Sept | Oct | Nov | Dec |
|------|-----|------|-----|-----|-----|

**Applied for New HNI**
- Consulted iconectiv for new HNI application
- Received new PLMN (314-030)

**SW Development & New Cloud EPCs Integration**
- Software development for new PLMN configurations and set-up
- Integrate new cloud EPCs for the new PLMN

**Scenarios Testing & Migration Preparation**
- Test cases for different network elements which involve new PLMN changes
- Friendly network identifying and solution action plan finalized

- New software load and monitoring the attached process
- Test cases for validation and network stability

**Friendly Networks Validation**

- Announcement for the new Cloud EPCs with new PLMN, set timeline for migration
- Assist customers with technical issues while conducting PLMN migration

**Announcement for Commercial Networks Migration**

**BaiCells**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000007847



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000007848

 Solution Test for Cloud EPC

■ **Below test cases should be tested at least:**

● MME Pool test for EPC-03 and EPC-04

● eNB upgrade test for all kinds of history versions

● Access to new EPC (new PLMN): Old USIM cards, all kinds of CPE version, new eNB SW version with new PLMN

● Access to new EPC (new PLMN): New USIM cards, all kinds of CPE version, new eNB SW version with new PLMN

● OMC and BOSS functions for new cloud EPC and new USIM cards



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000007849

## Test Cases for Network Elements

| Test ID | Test case slogan | Result |
|---|---|---|
| Cloud EPC Test | | |
| | MME pool test for EPC-03 and EPC-04 | |
| eNB Test | | |
| | eNB can successfully migrate to new cloud EPC after upgrade | |
| | HaloB scenario with new software | |
| | Cloud EPC scenario with new software | |
| | Local EPC scenario with new software | |
| | eNB upgrade path verification | |
| CPE Test | | |
| | CPE can connect to the new Cloud EPC after eNB upgrade | |
| | CPE can roam to the new PLMN automatically after eNB upgrade | |
| Call Test | | |
| | Access to new EPC(New PLMN): old USIM cards, all kinds of CPE version with eNB new software version | |
| | Access to new EPC(New PLMN): new USIM cards, all kinds of CPE version with eNB new software version | |
| | Access to old EPC(Old PLMN): new USIM cards, all kinds of CPE version with eNB new software version | |
| OMC & Boss Test | | |
| | OMC and Boss functions for new cloud EPC and new USIM cards | |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## HaloB Migration Plan

| Step | To Do | Task | Owner | deadline | Status |
|---|---|---|---|---|---|
| 1 | Investigation | Investigate what HaloB versions were used | Yao Li | 8/7/2019 | Done |
| 2 | New Halo SW release | Release the new eNB software version | Zhang Dandan | | |
| 3 | Solution Test | Verify all kinds of scenarios, include OMC/BOSS functions | ? | | |
| 4 | Migration | Upgrade HaloB/CPE software version and change the related configurations | Jesse | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
BAICELLS-000007851

 Local EPC Migration Plan

- **Usually, PLMN is configured as customer's own PLMN data, no need to change anything.**
- **If there are some scenarios configured as invalid PLMN, please follow steps to fix:**
  - Change PLMN configurations on EPC
  - Change PLMN configurations on eNodeB
  - Enable CPE's roaming switch



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              BAICELLS-000007852