# EXHIBIT 15

# PLMN-ID Survey Report

## 1. Full List of PLMN ID in United States

According to the ITU-T Document "Mobile Network Codes (MNC) for the international identification plan for public networks and subscriptions (According to Recommendation ITU-T E.212 (05/2008)) (POSITION ON 15 OCTOBER 2015)" https://www.itu.int/pub/T-SP-E.212B-2015, the full list of PLMN used in United States is listed below:

### Table 1: PLMN List in United States

| Country or Geographical Area | Networks | MCC + MNC codes |
|---|---|---|
| United States | Verizon Wireless | 310 010 |
| | Verizon Wireless | 310 012 |
| | Verizon Wireless | 310 013 |
| | Cricket Communications | 310 016 |
| | North Sight Communications Inc | 310 017 |
| | Union Telephone Company | 310 020 |
| | Centennial Communications | 310 030 |
| | ETEX Communications dba ETEX Wireless | 310 035 |
| | MTA Communications dba MTA Wireless | 310 040 |
| | Alaska Communications | 310 050 |
| | Consolidated Telcom | 310 060 |
| | AT&T | 310 070 |
| | Corr Wireless Communications LLC | 310 080 |
| | Cricket Communications | 310 090 |
| | New Mexico RSA 4 East Ltd. Partnership | 310 100 |
| | Pacific Telecom Inc | 310 110 |
| | Sprintcom Inc | 310 120 |
| | Carolina West Wireless | 310 130 |
| | GTA Wireless LLC | 310 140 |
| | Cingular Wireless | 310 150 |
| | T-Mobile USA | 310 160 |
| | Cingular Wireless | 310 170 |
| | West Central Wireless | 310 180 |
| | Alaska Wireless Communications LLC | 310 190 |
| | T-Mobile USA | 310 200 |

BAICELLS-000062625

| | | |
|---|---|---|
| | T-Mobile USA | 310 210 |
| | T-Mobile USA | 310 220 |
| | T-Mobile USA | 310 230 |
| | T-Mobile USA | 310 240 |
| | T-Mobile USA | 310 250 |
| | T-Mobile USA | 310 260 |
| | T-Mobile USA | 310 270 |
| | Contennial Puerto Rio License Corp. | 310 280 |
| | NEP Cellcorp Inc. | 310 290 |
| | Blanca Telephone Company | 310 300 |
| | T-Mobile USA | 310 310 |
| | Smith Bagley Inc, dba Cellular One | 310 320 |
| | AWCC | 310 330 |
| | High Plains Midwest LLC, dba Westlink Communications | 310 340 |
| | Mohave Cellular L.P. | 310 350 |
| | Cellular Network Partnership dba Pioneer Cellular | 310 360 |
| | Docomo Pacific Inc | 310 370 |
| | New Cingular Wireless PCS, LLC | 310 380 |
| | TX-11 Acquistion LLC | 310 390 |
| | Wave Runner LLC | 310 400 |
| | Cingular Wireless | 310 410 |
| | Cincinnati Bell Wireless LLC | 310 420 |
| | GCI Communications Corp | 310 430 |
| | Numerex Corp | 310 440 |
| | North East Cellular Inc. | 310 450 |
| | Newcore Wireless | 310 460 |
| | nTELOS Communications Inc | 310 470 |
| | Choice Phone LLC | 310 480 |
| | T-Mobile USA | 310 490 |
| | Public Service Cellular, Inc. | 310 500 |
| | Nsighttel Wireless Inc | 310 510 |
| | Transactions Network Services | 310 520 |
| | Iowa Wireless Services LLC | 310 530 |
| | Oklahoma Western Telephone Company | 310 540 |
| | Wireless Solutions International | 310 550 |
| | AT&T | 310 560 |
| | MTPCS LLC | 310 570 |
| | Inland Cellular Telephone Company | 310 580 |
| | Verizon Wireless | 310 590 |
| | New Cell Inc. dba Cellcom | 310 600 |
| | Elkhart Telephone Co. Inc. dba Epic | 310 610 |

| | | |
|---|---|---|
| | Touch Co. | |
| | Nsighttel Wireless Inc | 310 620 |
| | Airadigm Communications | 310 640 |
| | Jasper Wireless Inc. | 310 650 |
| | T-Mobile USA | 310 660 |
| | AT&T Mobility Vanguard Services | 310 670 |
| | AT&T | 310 680 |
| | Keystone Wireless LLC | 310 690 |
| | Cross Valiant Cellular Partnership | 310 700 |
| | Arctic Slope Telephone Association Cooperative | 310 710 |
| | Wireless Solutions International Inc. | 310 720 |
| | US Cellular | 310 730 |
| | Convey Communications Inc | 310 740 |
| | East Kentucky Network LLC dba Appalachian Wireless | 310 750 |
| | Lynch 3G Communications Corporation | 310 760 |
| | Iowa Wireless Services LLC dba I Wireless | 310 770 |
| | D.D. Inc | 310 780 |
| | PinPoint Communications Inc. | 310 790 |
| | T-Mobile USA | 310 800 |
| | LCFR LLC | 310 810 |
| | South Canaan Cellular Communications Co. LP | 310 820 |
| | Clearwire Corporation | 310 830 |
| | Telecom North America Mobile Inc | 310 840 |
| | Aeris Communications, Inc. | 310 850 |
| | TX RSA 15B2, LP dba Five Star Wireless | 310 860 |
| | Kaplan Telephone Company Inc. | 310 870 |
| | Advantage Cellular Systems, Inc. | 310 880 |
| | Verizon Wireless | 310 890 |
| | Cable & Communications Corporation dba Mid-Rivers Wireless | 310 900 |
| | Verizon Wireless | 310 910 |
| | James Valley Wireless LLC | 310 920 |
| | Copper Valley Wireless | 310 930 |
| | Iris Wireless LLC | 310 940 |
| | Texas RSA 1 dba XIT Wireless | 310 950 |
| | UBET Wireless | 310 960 |
| | Globalstar USA | 310 970 |
| | Texas RSA 7B3 dba Peoples Wireless Services | 310 980 |

BAICELLS-000062627

| Name | Code |
|---|---|
| Worldcall Interconnect | 310 990 |
| Mid-Tex Cellular Ltd. | 311 000 |
| Chariton Valley Communications Corp., Inc. | 311 010 |
| Missouri RSA No. 5 Partnership | 311 020 |
| Indigo Wireless, Inc. | 311 030 |
| Commnet Wireless LLC | 311 040 |
| Thumb Cellular Limited Partnership | 311 050 |
| Space Data Corporation | 311 060 |
| Wisconsin RSA #7 Limited Partnership | 311 070 |
| Pine Telephone Company dba Pine Cellular | 311 080 |
| LongLines Wireless | 311 090 |
| Nex-Tech Wireless LLC | 311 100 |
| Verizon Wireless | 311 110 |
| Choice Phone LLC | 311 120 |
| Light Squared LP | 311 130 |
| Cross Telephone Company | 311 140 |
| Wilkes Cellular Inc. | 311 150 |
| Light Squared LP | 311 160 |
| PetroCom LLC | 311 170 |
| Cingular Wireless, Licensee Pacific Telesis Mobile Services, LLC | 311 180 |
| Cellular Properties Inc. | 311 190 |
| ARINC | 311 200 |
| Emery Telecom-Wireless Inc | 311 210 |
| United States Cellular | 311 220 |
| Cellular South Inc | 311 230 |
| Cordova Wireless Communications Inc | 311 240 |
| Wave Runner LLC | 311 250 |
| Clearwire Corporation | 311 260 |
| Verizon Wireless | 311 270 |
| Verizon Wireless | 311 271 |
| Verizon Wireless | 311 272 |
| Verizon Wireless | 311 273 |
| Verizon Wireless | 311 274 |
| Verizon Wireless | 311 275 |
| Verizon Wireless | 311 276 |
| Verizon Wireless | 311 277 |
| Verizon Wireless | 311 278 |
| Verizon Wireless | 311 279 |
| Verizon Wireless | 311 280 |
| Verizon Wireless | 311 281 |

| | | |
|---|---|---|
| | Verizon Wireless | 311 282 |
| | Verizon Wireless | 311 283 |
| | Verizon Wireless | 311 284 |
| | Verizon Wireless | 311 285 |
| | Verizon Wireless | 311 286 |
| | Verizon Wireless | 311 287 |
| | Verizon Wireless | 311 288 |
| | Verizon Wireless | 311 289 |
| | Pinpoint Wireless Inc. | 311 290 |
| | Nexus Communications Inc | 311 300 |
| | Leaco Rural Telephone Company Inc | 311 310 |
| | Commnet Wireless LLC | 311 320 |
| | Bug Tussel Wireless LLC | 311 330 |
| | Illinois Valley Cellular | 311 340 |
| | Sagebrush Cellular Inc dba Nemont | 311 350 |
| | Stelera Wireless LLC | 311 360 |
| | GCI Communications Corp | 311 370 |
| | New Dimension Wireless Ltd | 311 380 |
| | Verizon Wireless | 311 390 |
| | Iowa RSA No. 2 Limited Partnership | 311 410 |
| | Northwest Missouri Cellular Limited Partnership | 311 420 |
| | RSA 1 Limited Partnership dba Cellular 29 Plus | 311 430 |
| | Bluegrass Cellular LLC | 311 440 |
| | Panhandle Telecommunication Systems Inc. | 311 450 |
| | Fisher Wireless Services Inc | 311 460 |
| | Vitelcom Cellular Inc dba Innovative Wireless | 311 470 |
| | Verizon Wireless | 311 480 |
| | Verizon Wireless | 311 481 |
| | Verizon Wireless | 311 482 |
| | Verizon Wireless | 311 483 |
| | Verizon Wireless | 311 484 |
| | Verizon Wireless | 311 485 |
| | Verizon Wireless | 311 486 |
| | Verizon Wireless | 311 487 |
| | Verizon Wireless | 311 488 |
| | Verizon Wireless | 311 489 |
| | Sprintcom Inc | 311 490 |
| | Mosaic Telecom Inc | 311 500 |
| | Light Squared LP | 311 510 |

| | | |
|---|---|---|
| | Light Squared LP | 311 520 |
| | Newcore Wireless LLC | 311 530 |
| | Proximiti Mobility Inc | 311 540 |
| | Commnet Midwest LLC | 311 550 |
| | OTZ Communications Inc | 311 560 |
| | Bend Cable Communications LLC | 311 570 |
| | United States Cellular | 311 580 |
| | California RSA No3 Ltd Partnership dba Golden State Cellular | 311 590 |
| | Cox TMI Wireless LLC | 311 600 |
| | North Dakota Network Co. | 311 610 |
| | Terrestar Networks Inc | 311 620 |
| | Corr Wireless Communications | 311 630 |
| | Standing Rock Telecommunications | 311 640 |
| | United Wireless Inc | 311 650 |
| | Metro PCS Wireless Inc | 311 660 |
| | Pine Belt Cellular Inc dba Pine Belt Wireless | 311 670 |
| | GreenFly LLC | 311 680 |
| | TeleBeeper of New Mexico Inc | 311 690 |
| | TotalSolutions Telecom LLC | 311 700 |
| | Northeast Wireless Networks LLC | 311 710 |
| | Maine PCS LLC | 311 720 |
| | Proximiti Mobility Inc | 311 730 |
| | Telalaska Cellular | 311 740 |
| | NetAmerica Alliance LLC | 311 750 |
| | Edigen Inc | 311 760 |
| | Radio Mobile Access Inc | 311 770 |
| | Bluegrass Cellular LLC | 311 800 |
| | Blegrass Cellular LLC | 311 810 |
| | Kineto Wireless Inc | 311 820 |
| | Thumb Cellular LLC | 311 830 |
| | Nsight Spectrum LLC | 311 840 |
| | Nsight Spectrum LLC | 311 850 |
| | Uintah Basin Electronic Telecommunications | 311 860 |
| | Sprintcom Inc | 311 870 |
| | Sprintcom Inc | 311 880 |
| | Globecom Network Services Corporation | 311 890 |
| | Gigsky Inc. | 311 900 |
| | SI Wireless LLC | 311 910 |
| | Missouri RSA No 5 Partnership dba Charlton Valley Wireless Services | 311 920 |

| | | |
|---|---|---|
| | Clearwire Corporation | 311 940 |
| | Sunman Telecommunications corp. | 311 950 |
| | Lycamobile USA Inc | 311 960 |
| | Big River Broadband LLC | 311 970 |
| | LigTel Communications | 311 980 |
| | VTel Wireless | 311 990 |
| | Charlton Valley Communication Corporation Inc | 312 010 |
| | Infrastructure Networks LLC | 312 020 |
| | Cross Wireless | 312 030 |
| | Custer Telephone Cooperative Inc | 312 040 |
| | Fuego Wireless LLC | 312 050 |
| | CoverageCo | 312 060 |
| | Adams Networks Inc | 312 070 |
| | South Georgia Regional Information Technology Authority | 312 080 |
| | Allied Wireless Communications Corporation | 312 090 |
| | ClearSky Technologies Inc | 312 100 |
| | Texas Energy Network LLC | 312 110 |
| | East Kentucky Network LLC dba Appalachian Wireless | 312 120 |
| | East Kentucky Network LLC dba Appalachian Wireless | 312 130 |
| | Cleveland Unlimited Inc | 312 140 |
| | Northwest Cell | 312 150 |
| | RSA1 Limited Partnership dba Chat Mobility | 312 160 |
| | Iowa RSA No. 2 Limited Partnership | 312 170 |
| | Keystone Wireless LLC | 312 180 |
| | Sprint-Nextel Communications Inc | 312 190 |
| | Voyager Mobility LLC | 312 200 |
| | Assigned to Public Safety | 313 100 |
| | Sprint-Nextel Communications Inc | 316 010 |
| | Southern Communications Services Inc. | 316 011 |

## 2. Summary:

The reference document illustrated that "310", "311", "312","313","316" have been used as the MCC for mobile operators and all PLMN IDs in United States are 6-digit PLMN ID. Currently there is no clear procedure to apply the PLMN for fixed service and a new PLMN ID should be selected for FWA network operation and it is preferred to select a 5-digit PLMN ID.

# Appendix: Revision History

## Table A-1: Change History

| Version | Date | Description |
|---|---|---|
| V1.0.0 | 2015-11-06 | PLMN-ID Survey Report |

BAICELLS-000062632