# EXHIBIT 16

Message

| | |
|---|---|
| **From**: | Andy Yang [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=095658FDEAD141E486F34B31C4E50BE0-ANDY.YANG] |
| **Sent**: | 7/9/2019 11:43:40 AM |
| **To**: | Jesse Raasch [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=73af609a0a0c4f19895f52a4fba1cfa6-Jesse] |
| **Subject**: | FW: [BaiCells Technologies] "US Support Team (Level 1)" assignment: Ligtel MCC/MNC issue |

This is the one I read last week and start to check if it's really conflict.

Andy Y

---

**From:** Sam Tetherow (BaiCells Technologies) <support@baicells.zendesk.com>
**Sent:** Tuesday, July 2, 2019 3:17 PM
**To:** Rick Harnish <rick.harnish@na.baicells.com>; Sharon Redfoot <sredfoot@yahoo.com>; chenjian (Chris) <chenjian@baicells.com>; Liu Deyuan <liudeyuan@baicells.com>; yaoli <yaoli@baicells.com>; Andy Yang <andy.yang@baicells.com>; dilizhu <dilizhu@baicells.com>; Chad Murrish <chad.murrish@na.baicells.com>
**Subject:** [BaiCells Technologies] "US Support Team (Level 1)" assignment: Ligtel MCC/MNC issue

##- Please type your reply above this line -##

This ticket (#15724) has been assigned to group 'US Support Team (Level 1)', of which you are a member.



### Sam Tetherow

Jul 2, 3:16 PM CDT

Rick if you could give me a call back when you get a chance after the holiday/wedding I would appreciate it.  I received a cease and desist from Ligtel Communications' lawyer today over the use of their MCC/MNC (HNI).  I have called and talked with Josh at Ligtel and he seemed to understand the issue and was willing to work with me so it is not an immediate crisis, but obviously needs to be addressed.

Thanks

Sam Tetherow

Sandhills Wireless

You are an agent. Add a comment by replying to this email or **view ticket in Zendesk Support**.

| | |
|---|---|
| **Ticket #** | 15724 |
| **Status** | New |
| **Requester** | Sam Tetherow |
| **CCs** | – |

| | |
|---|---|
| **Group** | US Support Team (Level 1) |
| **Assignee** | -- |
| **Priority** | -- |
| **Type** | Ticket |
| **Channel** | By Mail |

This email is a service from BaiCells Technologies. Delivered by <u>Zendesk</u>

BAICELLS-000004742