# EXHIBIT 17

| | |
|---|---|
| **From**: | Sam Tetherow [tetherow@shwisp.net] |
| **Sent**: | 7/8/2019 12:31:05 PM |
| **To**: | Randy Mead [rmead@ligtel.net] |
| **CC**: | Cary Mitchell [cma@bloostonlaw.com]; Josh Wentworth [josh@ligtel.net]; Mike Troup [mike@ligtel.net] |
| **Subject**: | Re: FW: LigTel HNI Code |

Yes, I'll get the signed copy in the mail today.

On 7/8/19 11:27 AM, Randy Mead wrote:

> Sam,
>
> I wanted to follow up and see if you have had a chance to review this. We would like to get something resolved soon.
>
> Thanks,
>
> Randy Mead
> Executive Vice President/General Manager
> Ligonier Telephone/LigTel Communications
> (260)894-9230
>
> "Teamwork is the ability to work together toward a common vision."
>
> **From:** Randy Mead
> **Sent:** Wednesday, July 3, 2019 9:37 AM
> **To:** tetherow@shwisp.net
> **Cc:** Josh Wentworth <josh@ligtel.net>; Cary Mitchell <cma@bloostonlaw.com>; Mike Troup <mike@ligtel.net>
> **Subject:** LigTel HNI Code
>
> Sam,
>
> Thanks for speaking with us yesterday. As discussed, authority for your Company to continue using Ligtel's assigned NHI Code for a limited time while the unauthorized use situation is being resolved is attached. Please return a countersigned letter to us by first class mail and as an electronic copy (PDF) via "reply all" email so everyone has a fully executed copy. We look forward to your continued cooperation and this matter being resolved as soon as possible.
>
> Regards,
>
> Randy Mead
> Executive Vice President/General Manager
> Ligonier Telephone/LigTel Communications
> (260)894-9230
>
> "Teamwork is the ability to work together toward a common vision."
>
> Notice: This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use,

Confidential
LT001384

disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this email, and destroy all copies of the original message.

Confidential
LT001385