# EXHIBIT 19

| | |
|---|---|
| Message | |
| **From**: | Bo Wei [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A1CEA1A35A254E3ABCA50B9B8F9FE821-BO.WEI] |
| **Sent**: | 8/21/2019 4:05:41 PM |
| **To**: | McNamer, Natalie [nmcnamer@iconectiv.com] |
| **CC**: | Andy Yang [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=095658fdead141e486f34b31c4e50be0-andy.yang] |
| **Subject**: | RE: Use of HNI 310-98(0) |

Great! Let me send out the bridge, Many thanks!

Bo Wei, PhD
President & CEO
Baicells Technologies North America
469-230-4120(M)
bo.wei@baicells.com

---

**From:** McNamer, Natalie <nmcnamer@iconectiv.com>
**Sent:** Wednesday, August 21, 2019 4:04 PM
**To:** Bo Wei <bo.wei@na.baicells.com>
**Cc:** Andy Yang <andy.yang@na.baicells.com>
**Subject:** RE: Use of HNI 310-98(0)

How about 10am ET?

---

**From:** Bo Wei <bo.wei@na.baicells.com>
**Sent:** Wednesday, August 21, 2019 2:17 PM
**To:** McNamer, Natalie <nmcnamer@iconectiv.com>
**Cc:** Andy Yang <andy.yang@na.baicells.com>
**Subject:** RE: Use of HNI 310-98(0)

Hey Natalie,

Steve Coran is available tomorrow (except 12~2pm), what time slot works for you and Tom? Maybe Mr. Barclay as well?

Bo Wei, PhD
President & CEO
Baicells Technologies North America
469-230-4120(M)
bo.wei@baicells.com

---

**From:** Bo Wei
**Sent:** Wednesday, August 21, 2019 1:35 PM
**To:** McNamer, Natalie <nmcnamer@iconectiv.com>
**Cc:** Andy Yang <andy.yang@na.baicells.com>
**Subject:** RE: Use of HNI 310-98(0)

Natalie, thanks for the conversation and here is my contact info., I will send out a meeting invite shortly with you and Tom, along with Steve Coran, our attorney for detailed discussion.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    BAICELLS-000008078

Best Wishes,

Bo Wei, PhD
President & CEO
Baicells Technologies North America
469-230-4120(M)
bo.wei@baicells.com

---

**From:** McNamer, Natalie <nmcnamer@iconectiv.com>
**Sent:** Wednesday, August 21, 2019 11:55 AM
**To:** Andy.yang@baicells.com
**Cc:** Steve Barclay <sbarclay@atis.org>; Tom Goode (tgoode@atis.org) <tgoode@atis.org>
**Subject:** Use of HNI 310-98(0)

Hi Andy,

Per our discussion today, I understand that Bai Cells is in the process of discontinuing use of the above HNI in your network and are implementing the HNI (314-030) that has been recently assigned to you.

Please confirm the implementation plan and reply to all with the date 310-98(0) will be completely removed from the Bai Cells network.

I look forward to hearing from you.

Thanks

**Natalie McNamer**
Industry Relations Manager
iconectiv | nmcnamer@iconectiv.com
100 Somerset Corporate Boulevard | Bridgewater, NJ | 08807
c: 630.290.0021
www.iconectiv.com

