# EXHIBIT 1

USDC IN/ND case 1:20-cv-00037-HAB-SLC  document 36-24  filed 04/03/20  page 2 of 4

# FAQ

| What is the International Mobile Subscriber Identity (IMSI)?  |

An International Mobile Subscriber Identity (IMSI) is used in any mobile network that interconnects with other networks. It is a unique, international identifies that allows for roaming on mobile service provider networks.

| What is the format of an IMSI?  |

The IMSI is a fixed 15-digit length. It consists of a three-digit Mobile Country Code (MCC), a three-digit Mobile Network Code (MNC), and a nine-digit Mobile Station Identification Number (MSIN). The MSIN can now be used for Shared HNI assignments. In those instances, the first four digits are used as the IMSI Block Number (IBN), the remaining five digits are used for the User Identification Number (UIN)

iconectiv is responsible for the assignment and administration of the first six digits, the MCC and MNC, to network operators. The network operator to which

USD iCgitiN Prease s1g20ed/-0603S-pArB-SlLC fodrothe neast 8n-24erfleand04-03/20ni satiratio3n o0f4

Use digits are assigned - 00035-HAB-BLC for the assignment and administration of the MSIN, the last nine digits.

## What is a Home Network Identifier (HNI)? 

A Home Network Identifier (HNI) identifies a mobile subscriber's home network. It is comprised of the first six digits of the IMSI - the MCC and MNC. An HNI is unique to a country with multiple assigned MCCs. Since there are multiple assigned MCCs, the HNI must both be used to determine the Home Location Register (HLR).

## What is a CBRS-IBN? 

Within the United States, a Shared HNI is used to identify a Citizens Broadband Radio Service (CBRS) operation. The overall IMSI format remains the same; however; for the purposes of defining an HNI for the CBRS range, the MSIN is divided into two components:

- The first four digits are used as the IMSI Block Number (IBN)
- The last five digits are used for the User Identification Number (UIN).

## Does iconectiv assign IMSIs for Canada? 

Canadian IMSIs are assigned by the Canadian Numbering Administrator (CNA). Call 613-683-3285 for questions concerning IMSI administration in Canada

## What is the fee for the assignment of an HNI or a CBRS-IBN? 

There is a $325 non-refundable application processing fee which is payable to Telcordia Technologies d/b/a iconectiv. Once a code is assigned, the Alliance for Telecommunications Industry Solutions (ATIS) charges an annual maintenance fee per assignment.

## How long does it take to have an HNI and or IBN assigned? 

iconectiv will issue the HNI within 10 business days of receipt of a properly completed application, including receipt of the application fee and any required

USDC IN/ND case 1:20-cv-00037-HAB-SLC   document 36-24   filed 04/03/20   page 4 of 4
Supporting documentation

### How do I return an HNI or have the assignee information for the HNI changed?

To return an HNI or to have the assignee information changed, contact iconectiv at IMSIadmin@iconectiv.com.

### Where can additional information be found regarding HNI assignments?

More information can be found in the IMSI Assignment Guidelines and Procedures, which are maintained by the ATIS - IMSI Oversight Council (IOC) or by calling iconectiv at 732-733-6914.



Copyright © 2020 iconectiv, LLC. All rights reserved    LEGAL (https://www.iconectiv.com/legal)
PRIVACY POLICY (https://www.iconectiv.com/privacy)    ICONECTIV (https://iconectiv.com)