# EXHIBIT 3

Confidential - Addressee Only



Telcordia Technologies, Inc
One Telcordia Drive, Rm 4A750
Piscataway, NJ 08854-4157
Phone: 732-699-4204
Fax: 732-336-6999
Email: chartman@telcordia.com

November 17, 2011

Michael Troup
LigTel Communications
414 S Cavin Street
Ligonier, IN 46767
USA

Dear Michael Troup:

Attached is a confirmation of the HNI assignment to:

**LigTel Communications**

311-980

In accordance with the International Mobile Station Identity Assignment Guidelines and Procedures dated December 10, 2010, Section 5.10, the HNI assigned to your company must be deployed within 12 months after assignment. Please return Form C, confirming your deployment data, to Telcordia Technologies within 12 months of the date of this letter. Form C is available on the IMSI Administration website, www.imsiadmin.com. Failure to comply with this requirement may result in the reclamation and reassignment of this HNI. Your cooperation in this matter is appreciated.

If you have any questions in regard to this assignment, please contact me at the above number or email address.

Sincerely,

Connie Hartman
IMSI Administrator

Telcordia Technologies, Inc. Confidential -- Addressee Only
This document and the confidential information it contains is for distribution to and access by solely the authorized individual to whom it is assigned or addressed. It may not be copied, further distributed or made available, in whole or in part. When the document is no longer needed, it must be returned to the author.