# EXHIBIT 8



## Mutual Non-Disclosure Agreement

This Mutual Non-Disclosure Agreement ("Agreement") is made and entered into as of the later of the two signature dates below by and between **Futurewei Technologies, Inc.**, d/b/a Huawei Technologies (USA), a Texas company having a principal place of business at 2301 West Plano Parkway, Plano, TX 75075 ("Futurewei"), and         , having a registered office at         ("Company") for the purpose of enabling Futurewei and Company to exchange Confidential Information (as defined below) in order to explore and evaluate mutual business interests to facilitate a possible business relationship (the "Project"). Futurewei and Company are collectively referred to herein as the "Parties", or each "Party."



Confidential - Attorneys Eyes Only                                                                                                                LT000111



Confidential - Attorneys Eyes Only

LT000112

USDC IN/ND case 1:20-cv-00037-HAB-SLC document 36-31 filed 04/03/20 page 4 of 6

[redacted]

Confidential - Attorneys Eyes Only LT000113



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

LT000115