# EXHIBIT 11

# EQUIPMENT SUPPLY AND IMPLEMENTATION SERVICE CONTRACT

## BETWEEN

## Ligtel Communications, Inc.

### AND

### Futurewei Technologies, Inc.

### d/b/a

### Huawei Technologies (USA)

Confidential - Attorneys Eyes Only

LT000603



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

LT000606



Confidential - Attorneys Eyes Only

LT000607



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

LT000609



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

Confidential - Attorneys Eyes Only

LT000612



Confidential - Attorneys Eyes Only

LT000613



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

LT000615

Confidential - Attorneys Eyes Only

LT000616

### Section 12.  CONFIDENTIALITY





Confidential - Attorneys Eyes Only

Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

LT000623