# EXHIBIT 3

# atis

Alliance for Telecommunications Industry Solutions

1200 G Street, NW, Suite 500
Washington, DC 20005
Tel: 202-628-6380 Fax: 202393-5453
WebSite:www.atis.org

# Invoice

| INITIAL INVOICE DATE | INVOICE # |
|---|---|
| 12/21/2017 | HNI1887 |

| BILL TO |
|---|
| Michael Troup |
| Internet & Marketing Manager |
| LigTel Communications |
| 414 S Cavin Street |
| Ligonier, IN 46767 |

| TERMS |
|---|
| Net 30 |

| DESCRIPTION | AMOUNT |
|---|---|
| For the period January 1, through December 31, 2018:  Annual maintenance fee for HNI Code 311-980. | 325.00 |

Wire Transfer Payment Information:

**Redacted**

Please include the invoice number with your payment to ensure proper credit.

| Please make checks payable to the ALLIANCE FOR TELECOMMUNICATIONS INDUSTRY SOLUTIONS | Total | $325.00 |
|---|---|---|

ATIS FEDERAL TAX IDENTIFICATION # 13-3182027.  For tax purposes these dues are not deductible as a charitable contribution but continue to be deductible as a business expense.

Ligonier Telephone Company
414 South Cavin Street • (260) 894-7161
Ligonier, IN 46767-1830

PLEASE DETACH AND RETAIN

No. 40586
Date: 01/04/2018

| DATE | INVOICE | DESCRIPTION | GL ACCOUNT | AMOUNT |
|---|---|---|---|---|
| 12/21/2017 | HNI1887 | Annual Maintenance Fee HNI Code | 2 6728.0 | 325.00 |
| | Vendor: 1 ATIS | | Totals: | 325.00 |

**Ligonier Telephone Company**
414 South Cavin Street • (260) 894-7161
Ligonier, IN 46767-1830

No. 40586
71-371/749

PAY TO THE ORDER OF

ATIS
1200 G STREET, NW, SUITE 500
WASHINGTON DC 20005

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 01/04/2018 | 40586 | $******325.00 |

NON-NEGOTIABLE

1

Confidential

LT001553



# Invoice

Alliance for Telecommunications Industry Solutions

1200 G Street, NW, Suite 500
Washington, DC 20005
Tel: 202-628-6380 Fax: 202393-5453
WebSite:www.atis.org

| INITIAL INVOICE DATE | INVOICE # |
|---|---|
| 9/28/2018 | HNI1975 |

| BILL TO |
|---|
| Michael Troup<br>Internet & Marketing Manager<br>LigTel Communications<br>414 S Cavin Street<br>Ligonier, IN 46767 |

| TERMS |
|---|
| Net 30 |

| DESCRIPTION | AMOUNT |
|---|---|
| For the period January 1, through December 31, 2019; Annual maintenance fee for HNI Code 311-980. | 325.00 |

Wire Transfer Payment Information:

**Redacted**

Please include the invoice number with your payment to ensure proper credit.

*[handwritten: 2.6728 Annual Maintenance fee For HNI Code for LTE   Mike T Amex]*

| | Total | $325.00 |
|---|---|---|
| Please make checks payable to the ALLIANCE FOR TELECOMMUNICATIONS INDUSTRY SOLUTIONS | | |

ATIS FEDERAL TAX IDENTIFICATION # 13-3182027. For tax purposes these dues are not deductible as a charitable contribution but continue to be deductible as a business expense.

Confidential

```
                    ATIS
                1200 G ST NW
             WASHINGTON, DC 20005381
     10/09/2018                    16:05:36
     MID: XXXXXXXXXX293      TID: XXXXX115

                  CREDIT CARD
                   AMEX SALE

     CARD # TOKEN          XXXXXXXXXXX2104
     INVOICE                          0001
     SEQ #:                           0001
     Batch #:                       000386
     Approval Code:                 121339
     Entry Method:                  Manual
     Mode:                          Online
     Avs Code:                         YYY

     SALE AMOUNT                   $325.00

         I agree to pay above total amount
         according to card issuer agreement.
         (Merchant agreement if Credit Voucher)


     X_____


                              MERCHANT COPY
```

Confidential                                                    LT001555