# EXHIBIT 4

# EQUIPMENT SUPPLY AND IMPLEMENTATION SERVICE CONTRACT

BETWEEN

# Ligtel Communications, Inc.

AND

## Futurewei Technologies, Inc.

d/b/a

## Huawei Technologies (USA)

Confidential - Attorneys Eyes Only

LT000603



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

LT000605



Confidential - Attorneys Eyes Only

LT000606



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

LT000611

Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

Confidential - Attorneys Eyes Only

**Section 12.  CONFIDENTIALITY**





Confidential - Attorneys Eyes Only

Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only

Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only



Confidential - Attorneys Eyes Only