# EXHIBIT 8

**From:** Josh Wentworth [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=04ACC788D67B46B99013BBB2FB18044A-JOSH]
**Sent:** 4/13/2017 11:12:05 AM
**To:** William B Levy (Bill Levy, Sales) [bill.levy@huawei.com]; Ronald Mao [Ronald.Mao@huawei.com]; Tao Qu (Tao)
[tao.qu@huawei.com]; Bert Downs [bert.downs@huawei.com]
**Subject:** RE: Ligtel Capacity upgrades
**Attachments:** 2014-04-03 LigTel eNB - LLD V1 01.xlsx

Good morning all. Thanks for the info on software compatibility. We are currently looking for options on increasing our overall wireless network capacity. As is the case with other wireless carriers we are getting beat up pretty bad on utilization.

I would like to utilize as much of our existing infrastructure as we can so I can get good "bang for my buck". I've included our most recent sector configuration so you can see where things are pointed now. I'm thinking shrinking the coverage area per cell on our AWS network is the right way to go. One of the things I'm looking at is adding an additional location to Kendallville, IN on the east side of town. I'd like to use remote RRU from existing eNodeB's when we can.

Joshua Wentworth
Network Administrator
Ligtel Communications/Ligonier Telephone
260-894-7161

**From:** William B Levy (Bill Levy, Sales) [mailto:bill.levy@huawei.com]
**Sent:** Thursday, April 13, 2017 8:31 AM
**To:** Ronald Mao <Ronald.Mao@huawei.com>; Tao Qu (Tao) <tao.qu@huawei.com>; Bert Downs
<bert.downs@huawei.com>
**Cc:** Josh Wentworth <josh@ligtel.net>
**Subject:** RE: Ligtel Capacity upgrades

Thanks Ronald….

Josh, look forward to the details…

BR,

**Bill Levy**
**VP of Sales, Strategic Accounts**



Office:   908 713 9940
Mobile:  973 985 9692
Email:   bill.levy@huawei.com

*Privilege and Confidentiality Notice*
*The information in this message is intended for the named recipients only. It may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this e-mail in error, do not print it or disseminate it or its contents. In such event, please notify the sender by return e-mail and delete the e-mail file immediately thereafter. Thank you.*

**From:** Ronald Mao
**Sent:** Thursday, April 13, 2017 7:38 AM

LT001537

**To:** William B Levy (Bill Levy, Sales); Tao Qu (Tao); Bert Downs
**Cc:** 'Josh Wentworth'
**Subject:** RE: Ligtel Capacity upgrades

Capacity upgrade on current release is fine.

Regards,
Ronald Mao
Huawei Technologies USA
Desk 858-882-0335
Mobile 858-761-5060

---

**From:** William B Levy (Bill Levy, Sales)
**Sent:** Wednesday, April 12, 2017 1:32 PM
**To:** Tao Qu (Tao); Ronald Mao; Bert Downs
**Cc:** 'Josh Wentworth'
**Subject:** Ligtel Capacity upgrades

Guys,

Ligtel is looking to do capacity upgrade on their network....Josh (cc'd on this email) will provide details in a follow up email.

First question...can we do capacity upgrades on current releases?  Don't think this is an issue but want to confirm.

BR,


**Bill Levy**
**VP of Sales, Strategic Accounts**



| | |
|---|---|
| Office: | 908 713 9940 |
| Mobile: | 973 985 9692 |
| Email: | bill.levy@huawei.com |

***Privilege and Confidentiality Notice***
*The information in this message is intended for the named recipients only. It may contain information that is privileged, confidential or otherwise protected from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this e-mail in error, do not print it or disseminate it or its contents. In such event, please notify the sender by return e-mail and delete the e-mail file immediately thereafter. Thank you.*



# LigTel - 3 sites addition

## Huawei Technologies Co., Ltd

Issue:          1.01

Date:          4/3/2014

Confidential          CONFIDENTIAL

| Revision Record | | | |
|---|---|---|---|
| Date | Revision Record | Description | Author |
| 4/2/2014 | 1.00 | Initial Release | Andrew Domanowski |
| 4/3/2014 | 1.01 | RootSequenceIdx updated on eNodeB Radio Data, also added Intra and Inter Frequency Neighbor list | Andrew Domanowski |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Copyright © Huawei Technologies Co., Ltd. 2014. All rights reserved.

| Login type | Connection Type | address | Username | Password | Notes |
|---|---|---|---|---|---|



| eNodeB Info | | |
|---|---|---|
| *Mcc | *Mnc | SCTP port # |
| | | |
| 311 | 980 | |

| Interface IP | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| eNodeB Name | eNodeB ID | VLAN OAM | Interface ETH for OM | Interface ETH Mask | Gateway | VLAN S1-c | Interface FE/GE0 S1-c | Interface FE/GE0 Mask | Gateway | VLAN S1-u | Interface FE/GE0 S1-u | Interface FE/GE0 Mask | Gateway |

| Phase | *eNodeB Name | *eNodeBID | *LocalCellID | *CellName | *CellId | Designed PCI | Existing PCI | Designed RootSeque |
|-------|--------------|-----------|--------------|-----------|---------|--------------|--------------|--------------------|

| Existing RootSequen | Band | Tracking area ID | Tracking area code | *TxRxMode | LONG | LAT | Azimuth | Mechanical Downtilt | Electrical Downtilt |
|---|---|---|---|---|---|---|---|---|---|



| ENODEBNAME | CELLNAME(*) | ENODEBID | NENODEBNAME | NCELLNAME(*) | NENODEID | PRIORITY | DISTANCE(KM) |
|---|---|---|---|---|---|---|---|









| ENODEBNAME | CELLNAME(*) | ENODEBID | NENODEBNAME | NCELLNAME(*) | NENODEID | PRIORITY | DISTANCE(KM) |
|---|---|---|---|---|---|---|---|









