# EXHIBIT 9

**From**: Josh Wentworth [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=04ACC788D67B46B99013BBB2FB18044A-JOSH]
**Sent**: 6/21/2019 3:31:27 PM
**To**: Jeff R. Brown [Jeff.Brown@viaero.com]
**Subject**: RE: Contact Info

Good speaking with you as well. Here's my contact information and after I check with our GM on Monday I'll get his info over.

Joshua Wentworth
Network Operations Supervisor
Ligtel Communications/Ligonier Telephone
260-894-7161
414 S. Cavin Street
Ligonier, IN 467676

---

**From:** Jeff R. Brown <Jeff.Brown@viaero.com>
**Sent:** Friday, June 21, 2019 3:20 PM
**To:** Josh Wentworth <josh@ligtel.net>
**Subject:** Contact Info

Josh,

It was great speaking with you today.
Below is my contact info.

I spoke with the president of our company about our conversation today and he would like to have your contact info also.
He said he may want to call you also sometime.
Unless you're the guy, please also provide a contact at the GM level of your organization as our President, Frank DiRico may want to reach out to him also.

*Jeff Brown*

Vice President - Viaero Wireless
1224 W. Platte Ave.
Fort Morgan, Colorado 80701
Office 970-467-3114
jeff.brown@viaero.com

This email and any attachments may contain confidential material and is solely for the use of the intended recipient(s). If you have received this email in error, please notify the sender immediately and delete this email. If you are not the intended recipient(s), you must not use, retain or disclose any information contained in this email.

Confidential