# EXHIBIT 10

**From**: Josh Wentworth [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=04ACC788D67B46B99013BBB2FB18044A-JOSH]
**Sent**: 6/26/2019 1:17:57 PM
**To**: Jeff R. Brown [Jeff.Brown@viaero.com]
**Subject**: RE: Sandhills wireless in Huawei unit

Thank you very much for this.  I am currently in contact with our Washington counsel regarding this issue.  We will be taking action on this with Sandhills as well as Bai Cell.

Joshua Wentworth
Network Operations Supervisor
Ligtel Communications/Ligonier Telephone
260-894-7161

**From:** Jeff R. Brown <Jeff.Brown@viaero.com>
**Sent:** Wednesday, June 26, 2019 10:39 AM
**To:** Josh Wentworth <josh@ligtel.net>
**Subject:** FW: Sandhills wireless in Huawei unit

Josh,

This is what we found.
It is Sandhills Wireless that is using your MCCMNC
They are running Baicells TDD LTE. Baicells should not be telling clients to use your information.
Sandhills should shut down until they have their own MCCMNC. They say they are registered to operate in the 365 band but we don't see it in the FCC data base.
I may bring this up with the GSMA group.

The picture below is our modem using our SIM. We could not connect to it but we could see it.

Jeff Brown
Vice President – Viaero Wireless
970-467-3114

**From:** Chris J. Bolton
**Sent:** Tuesday, June 25, 2019 8:09 PM
**To:** Jeff R. Brown
**Subject:** FW: Sandhills wireless in Huawei unit

Jeff
Here is better results of that PLMN. Also I found something interesting on Bai Cell's website.
https://community.na.baicells.com/t/baitip-of-the-day-november-8th-2016-mme-and-plmn-settings/110
Thanks

**Chris Bolton** | Director of Data Center Operations for Nebraska
Cell:  308.370.1857
Office: 308.370.1857

4940 Gold Core Dr.

Confidential

Grand Island, NE  68801
chris.bolton@viaero.com





This email and any attachments may contain confidential material and is solely for the use of the intended recipient(s). If you have received this email in error, please notify the sender immediately and delete this email. If you are not the intended recipient(s), you must not use, retain or disclose any information contained in this email.

**From:** Joseph G. Bell <Joseph.Bell@viaero.com>
**Sent:** Tuesday, June 25, 2019 6:38 PM
**To:** Chris J. Bolton <Chris.Bolton@viaero.com>
**Subject:** Sandhills wireless in Huawei unit

**Modem Status**

| | | | |
|---|---|---|---|
| Network | N/A | Connection Status | Searching |
| Connection Time | --:--:-- | Roaming Status | Home Network |
| Bandwidth | 20 MHz | DL EARFCN | 44540 |
| Cell ID | 141 | eNB ID | 262304 |
| PCI | 52 | Operator Name | N/A |
| PLMN | 31198 | ICCID | 8901450114050146450F |
| IMSI | 31045000415835 | Connected Band | 43 |
| Uplink Current Speed | N/A | Downlink Current Speed | N/A |
| Data Uplink / Downlink Traffic | | 313.75 MB / 2.40 GB | Clear Traffic |
| VoIP Uplink / Downlink Traffic | | 0 Bytes / 0 Bytes | Clear Traffic |
| UL CA Status | Unconfigured, Unactivated | DL CA Status | Unconfigured, Unactivated |
| SINR | N/A | RSSI | N/A |
| RSRQ | N/A | RSRP | N/A |

Joe Bell

Cell Site Tech

402-831-1506 Cell 1

Confidential                                                LT001520

402-984-9315 Cell 2

joseph.bell@viaero.com

www.viaero.com

-------------------------------------------------------------------------------------------------------------------------------

This e-mail and its attachments contain confidential information from Viaero, which

is intended only for the person or entity whose address is listed above. Any use of the

information contained herein in any way (including, but not limited to, total or partial

disclosure, reproduction, or dissemination) by persons other than the intended

recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender

by phone or email immediately and delete it!

This email and any attachments may contain confidential material and is solely for the use of the intended recipient(s). If you have received this email in error, please notify the sender immediately and delete this email. If you are not the intended recipient(s), you must not use, retain or disclose any information contained in this email.

Confidential

LT001521