# EXHIBIT 11

| | |
|---|---|
| From: | Randy Mead [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EFC1F5865F1F4BA7992944F97231D9EE-RANDY MEAD] |
| Sent: | 8/1/2019 10:42:33 AM |
| To: | Randy Mead [rmead@ligtel.net] |
| Subject: | SIM card info |
| Attachments: | IMG_1032.jpg; ATT00001.txt; IMG_1034.jpg; ATT00002.txt |

Confidential



Confidential

LT000018

