# EXHIBIT 12

**LigTel Communications**
414 S. Cavin Street
Ligonier, Indiana 46767
(260)894-7161

July 3, 2019

Mr. Sam Tetherow, Owner
Sandhills Wireless, LLC
105 W 2nd Street
Valentine, NE 69201

Re:   *Limited Right to Use Home Network Identifier Assigned to Ligtel Communications, Inc.*

Dear Mr. Tetherow:

Thank you for speaking with us yesterday. We appreciate your understanding of the numerous network security and business integrity issues raised by propagation of Ligtel's assigned MCC/MNC in another carrier's network, and we appreciate your willingness to work with Ligtel and take immediate steps to remedy the situation. As a showing of good faith by Ligtel, and to prevent any disruption of service to Sandhills wireless internet customers, we agree that it is appropriate to grant Sandhills a limited right to continue using Ligtel's assigned MCC/MNC in its network and customer CPE, contingent on your company's continued cooperation with our investigation into this matter and meaningful steps toward resolution of the matter.

In recognition of Sandhills Wireless' continued good faith cooperation with Ligtel Communications in investigating circumstances that have led to Sandhills' unauthorized use of Ligtel's MCC/MNC (the "HNI Code") of 311-980, and to prevent any undue disruption of services to Sandhills' wireless internet customers, Ligtel hereby grants Sandhills a limited and non-exclusive license to continue using Ligtel's HNI Code in support of its wireless internet service. It is understood and agreed that this license shall pertain only to the existing customers and facilities of Sandhills, and Sandhills has no authority to grant sublicenses to any third party. In addition, Sandhills shall not manufacture, have manufactured, sell or distribute any additional equipment or SIM cards that are programmed with Ligtel's HNI code.

Notwithstanding this limited grant of authority, Ligtel reserves the right to file a formal complaint with the HNI Administrator and IMSI Oversight Council and/or or to pursue whatever other legal and equitable remedies may be available to Ligtel.

Confidential

The term of this limited license shall be for thirty (30) days from the date written above and shall be renewable by mutual written agreement of the parties. If you agree and accept the terms and mutual undertakings provided by this letter agreement, please countersign on the signature line provided for you below and return a scanned electronic copy of this letter to josh@ligtel.net with an original by first class mail.

Very truly yours,

**LIGTEL COMMUNICATIONS**

By: Randy Mead
CEO and General Manager

AGREED AND ACCEPTED

**SANDHILLS WIRELESS, LLC**

By: Mr. Sam Tetherow
Owner

cc: Eric A. Scott, Esq.
D. Cary Mitchell, Esq.

Confidential
LT000201