# EXHIBIT 13

| | |
|---|---|
| **From**: | Randy Mead [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=EFC1F5865F1F4BA7992944F97231D9EE-RANDY MEAD] |
| **Sent**: | 7/31/2019 8:19:27 AM |
| **To**: | tetherow@shwisp.net |
| **CC**: | Cary Mitchell [cma@bloostonlaw.com]; John A. Prendergast [jap@bloostonlaw.com]; Mike Troup [mike@ligtel.net] |
| **Subject**: | Limited Use Temporary Extension |
| **Attachments**: | MX-3115N_20190731_075344.pdf |

Sam,

A 30-day extension of license for your Company to continue using Ligtel's assigned HNI Code while the unauthorized use situation is being resolved discussed with Bai Cells is attached. Please return a countersigned letter to us by first class mail and as an electronic copy (PDF) via "reply to all" email so everyone has a fully executed copy. We appreciate your continued cooperation in this matter.

Regards,

Randy Mead
Executive Vice President/General Manager
Ligonier Telephone/LigTel Communications
(260)894-9230

"Teamwork is the ability to work together toward a common vision."

Confidential

LigTel Communications
414 S. Cavin Street
Ligonier, Indiana 46767
(260)894-7161

August 2, 2019

Mr. Sam Tetherow, Owner
Sandhills Wireless, LLC
105 W 2nd Street
Valentine, NE 69201

Re: 30-Day Extension of Limited Right to Use Home Network Identifier Assigned to Ligtel Communications, Inc.

Dear Mr. Tetherow:

So you are aware, Ligtel has initiated discussions with management of Bai Cells Technologies regarding the unauthorized use of Ligtel's HNI Code by Bai Cells and its customers. In light of these discussions (which are ongoing) and to prevent any disruption of service to Sandhills wireless internet customers, we believe that it is appropriate to grant Sandhills a limited extension of its right Ligtel's assigned MCC/MNC in its network and customer CPE, contingent on your company's continued cooperation with our investigation into this matter and meaningful steps toward resolution of the matter.

In recognition of Sandhills Wireless' continued good faith cooperation with Ligtel Communications in investigating circumstances that have led to Sandhills' unauthorized use of Ligtel's MCC/MNC (the "HNI Code") of 311-980, and to prevent any undue disruption of services to Sandhills' wireless internet customers, Ligtel hereby grants Sandhills a 30-day extension of its non-exclusive license to continue using Ligtel's HNI Code in support of its wireless internet service. It is understood and agreed that this license shall pertain only to the existing customers and facilities of Sandhills, and Sandhills has no authority to grant sublicenses to any third party. In addition, Sandhills shall not manufacture, have manufactured, sell or distribute any additional equipment or SIM cards that are programmed with Ligtel's HNI code.

Notwithstanding this limited grant of authority, Ligtel reserves the right to file a formal complaint with the HNI Administrator and IMSI Oversight Council and/or or to pursue whatever other legal and equitable remedies may be available to Ligtel.

Confidential
LT000033

The term of this limited extension of license shall be for thirty (30) days from the date written above and shall be renewable by mutual written agreement of the parties. If you agree and accept the terms and mutual undertakings provided by this letter agreement, please countersign on the signature line provided for you below and return a scanned electronic copy of this letter to josh@ligtel.net with an original by first class mail.

Very truly yours,

**LIGTEL COMMUNICATIONS**

By: Randy Mead
CEO and General Manager

AGREED AND ACCEPTED

**SANDHILLS WIRELESS, LLC**

By: Mr. Sam Tetherow
Owner

cc: Eric A. Scott, Esq.
D. Cary Mitchell, Esq.

Confidential
LT000034