# EXHIBIT 15



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    BAICELLS-000062670



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER					BAICELLS-000062671



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    BAICELLS-000062672



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   BAICELLS-000062673

 Status

- **PLMN Migration:**
  - A few firmware bugs have been noted and a new version RTS 3.4.8.5 will be released on March 18th, 2020 and fixes previous noted bugs. For Nova 243, Nova 233, Nova 227
  - Firmware QRTB 2.0.7 for Nova 436Q is finished and released on March 18th, 2020
  - We will begin a more aggressive campaign now that all firmware files are completed, to convince operators to upgrade all eNodeBs to the new firmware.
- **New PLMN SIMs:**
  - 5,000 new PLMN SIM cards delivered to sales channels/distributors to send to customers for replacement
  - New SIM cards will be shipped to operators beginning in late February 2020.
  - Some supply chain delays due to Coronavirus issues are delaying some future shipments.

