**PLAINTIFF'S REPLY BRIEF IN SUPPORT OF ITS
MOTION PRELIMINARY INJUNCTION**

**EXHIBIT INDEX**

| Attachment No. | Description |
|---|---|
| 1 | Declaration of Gabriel Gillett in Support of Plaintiff's Response Brief in Support of Plaintiff's Motion for Preliminary Injunction |
| 2 | Gillett Exhibit 21: March 18, 2020 email from Drew Greco at ATIS to Jesse Raasch, among others, regarding Baicells Migration Plan Update (BAICELLS-000062663) |
| 3 | Gillett Exhibit 22: December 10, 2019 email from Giancarlo D'Amico to Andy Yang re Alliance Cat6 / SIMS / 436Q |
| 4 | Response Declaration of Randy Mead, CEO and General Manager of LigTel Communications, Inc. |
| 5 | Response Declaration of Joshua Wentworth, Network Operations Supervisor for LigTel Communications, Inc. |