# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>BAICELLS TECHNOLOGIES INC.;<br>BAICELLS TECHNOLOGIES NORTH AMERICA INC.,<br><br>                Defendants. | Case No. 1:20-cv-00037-HAB-SLC |

# DECLARATION OF GABRIEL K. GILLETT IN SUPPORT OF PLAINTIFF'S RESPONSE BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

GABRIEL K. GILLETT, of full age, hereby declares as follows:

1. I am an attorney-at-law of the State of Illinois and a partner in the firm of Jenner & Block, LLP. Our firm is counsel of record for Plaintiff LigTel Communications, Inc., in the above-captioned matter.

2. I submit this declaration in support of LigTel's Reply in Support of Plaintiff's Motion for a Preliminary Injunction.

3. The exhibit numbers herein continue from my declaration filed in support of LigTel's Pre-Hearing Memorandum in Support of Plaintiff's Motion for Preliminary Injunction (Dkt. 36-2).

4. Attached hereto as Exhibit 21 is a true and correct copy of a March 18, 2020 email from Drew Greco at ATIS to Jesse Raasch, among others, regarding Baicells Migration Plan Update (BAICELLS-000062663-68).

5. Attached hereto as Exhibit 22 is a true and correct copy of a December 10, 2019 email from Giancarlo D'Amico to Andy Yang re Alliance Cat6 / SIMS / 436Q (BAICELLS-000007952-55).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Gabriel K. Gillett*
Gabriel K. Gillett

Dated: April 9, 2020