# EXHIBIT 21

Message

| | |
|---|---|
| **From**: | Rick Harnish [rick.harnish@na.baicells.com] |
| **Sent**: | 3/18/2020 11:59:24 AM |
| **To**: | Drew Greco [dgreco@atis.org]; Tom Goode [tgoode@atis.org] |
| **CC**: | scoran@lermansenter.com; Jesse Raasch [jesse@na.baicells.com]; Steve Barclay [sbarclay@atis.org]; Jackie Wohlgemuth [jwohlgemuth@atis.org] |
| **Subject**: | RE: Baicells Migration Plan Update |
| **Attachments**: | Baicells_PLMN_Migration_Plan_Update_32020.pptx |

Drew,

Here is our updated migration plan for March.  Thank you for your patience.

Respectively,

**Rick Harnish**

Chief Marketing Officer

Mobile: (+1) 260-307-4000

E-mail: rharnish@baicells.com

Baicells Technologies Co., Ltd.



*"Connect More With Less"*

This e-mail and its attachments contain confidential information from Baicells Technologies Co. Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

---

**From:** Drew Greco <dgreco@atis.org>
**Sent:** Wednesday, March 18, 2020 10:12 AM
**To:** Rick Harnish <rick.harnish@na.baicells.com>; Tom Goode <tgoode@atis.org>
**Cc:** scoran@lermansenter.com; Jesse Raasch <jesse@na.baicells.com>; Steve Barclay <sbarclay@atis.org>; Jackie Wohlgemuth <jwohlgemuth@atis.org>
**Subject:** RE: Baicells Migration Plan Update

Thanks, Rick. Here is the Migration Plan update schedule that was developed during the IOC meeting:

    (1) Monthly Updates
        a. On a monthly basis, Bai Cells will provide short written updates (email is ok) on the status of the migration plan either:
            i. (a) Indicating that no issues have arisen and the migration continues as planned toward the July 31, 2020, deadline; or

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    BAICELLS-000062663

ii. (b) explaining any unexpected issues that may have arisen and the impact (if any) of these issues on the migration plan or the associated implementation timeline.
  b. If any issues have arisen, the IOC may request additional information and/or schedule an IOC meeting(s) to discuss this matter.
  c. These updates will be due on/by the **15th of December 2019 and of January, March, April, and June 2020**.

(2) Quarterly Reports
  a. On a quarterly basis Bai Cells will provide a more detailed written report:
     i. Describing the status of the migration efforts and accomplishments to date (including the percentage of each task complete and overall completion percentage);
     ii. Explaining any deviation from the migration plan and/or associated timeline; and
     iii. Confirming that the migration will be completed by July 31, 2020.
  b. If any issues have arisen, the IOC may request additional information and/or schedule an IOC meeting(s) to discuss this matter.
  c. These reports will be due on/by the **15th of February, May, and August 2020**.

Please let me know if you have any other questions.

Thanks,



**Drew Greco**
ATIS Coordinator – Global Standards Development
516-796-6087

---

**From:** Rick Harnish <rick.harnish@na.baicells.com>
**Sent:** Wednesday, March 18, 2020 10:01 AM
**To:** Drew Greco <dgreco@atis.org>; Tom Goode <tgoode@atis.org>
**Cc:** scoran@lermansenter.com; Jesse Raasch <jesse@na.baicells.com>; Steve Barclay <sbarclay@atis.org>; Jackie Wohlgemuth <jwohlgemuth@atis.org>
**Subject:** [EXT] RE: Baicells Migration Plan Update

We will try to get it to you by the end of the day. What is the publishing dates of your monthly reports? This will help in scheduling future updates.

Respectively,

**Rick Harnish**

Chief Marketing Officer

Mobile: (+1) 260-307-4000

E-mail: rharnish@baicells.com

Baicells Technologies Co., Ltd.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            BAICELLS-000062664

*"Connect More With Less"*

This e-mail and its attachments contain confidential information from Baicells Technologies Co. Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

**From:** Drew Greco <dgreco@atis.org>
**Sent:** Wednesday, March 18, 2020 9:39 AM
**To:** Rick Harnish <rick.harnish@na.baicells.com>; Tom Goode <tgoode@atis.org>
**Cc:** scoran@lermansenter.com; Jesse Raasch <jesse@na.baicells.com>; Steve Barclay <sbarclay@atis.org>; Jackie Wohlgemuth <jwohlgemuth@atis.org>
**Subject:** RE: Baicells Migration Plan Update

Hi Rick,

I'm just checking to see if you have a migration plan update for us to post for the March monthly report?

Thank you,



**Drew Greco**
ATIS Coordinator – Global Standards Development
516-796-6087


**From:** Drew Greco
**Sent:** Thursday, February 20, 2020 3:33 PM
**To:** Rick Harnish <rick.harnish@na.baicells.com>; Tom Goode <tgoode@atis.org>
**Cc:** scoran@lermansenter.com; Jesse Raasch <jesse@na.baicells.com>
**Subject:** RE: Baicells Migration Plan Update

Thanks, Rick. I will post to the IOC page on ATIS Workspace.

Regards,



**Drew Greco**
ATIS Coordinator – Global Standards Development
516-796-6087


**From:** Rick Harnish <rick.harnish@na.baicells.com>
**Sent:** Thursday, February 20, 2020 3:28 PM
**To:** Drew Greco <dgreco@atis.org>; Tom Goode <tgoode@atis.org>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    BAICELLS-000062665

**Cc:** scoran@lermansenter.com; Jesse Raasch <jesse@na.baicells.com>
**Subject:** [EXT] RE: Baicells Migration Plan Update

Drew,

Attached is our updated Migration Plan Update. We are progressing nicely now. We are upbeat that we will be able to meet our timeline goals.

Respectively,

**Rick Harnish**

Chief Marketing Officer

Mobile: (+1) 260-307-4000

E-mail: rharnish@baicells.com

Baicells Technologies Co., Ltd.



*"Connect More With Less"*

This e-mail and its attachments contain confidential information from Baicells Technologies Co. Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

---

**From:** Drew Greco <dgreco@atis.org>
**Sent:** Thursday, February 20, 2020 10:46 AM
**To:** Rick Harnish <rick.harnish@na.baicells.com>; Tom Goode <tgoode@atis.org>
**Cc:** scoran@lermansenter.com; Jesse Raasch <jesse@na.baicells.com>
**Subject:** RE: Baicells Migration Plan Update

Thanks, Rick. For your reference, here is the Migration Plan update schedule that was developed during the IOC meeting:

(1) Monthly Updates
  a. On a monthly basis, Bai Cells will provide short written updates (email is ok) on the status of the migration plan either:
    i. (a) Indicating that no issues have arisen and the migration continues as planned toward the July 31, 2020, deadline; or
    ii. (b) explaining any unexpected issues that may have arisen and the impact (if any) of these issues on the migration plan or the associated implementation timeline.
  b. If any issues have arisen, the IOC may request additional information and/or schedule an IOC meeting(s) to discuss this matter.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BAICELLS-000062666

        c. These updates will be due on/by the 15th of December 2019 and of January, March, April, and June 2020.

  (2) Quarterly Reports
- a. On a quarterly basis Bai Cells will provide a more detailed written report:
  - i. Describing the status of the migration efforts and accomplishments to date (including the percentage of each task complete and overall completion percentage);
  - ii. Explaining any deviation from the migration plan and/or associated timeline; and
  - iii. Confirming that the migration will be completed by July 31, 2020.
- b. If any issues have arisen, the IOC may request additional information and/or schedule an IOC meeting(s) to discuss this matter.
- c. These reports will be due on/by the 15th of February, May, and August 2020.

Please let me know if you have any other questions.

Thanks,



**Drew Greco**
ATIS Coordinator – Global Standards Development
516-796-6087

---

**From:** Rick Harnish <rick.harnish@na.baicells.com>
**Sent:** Thursday, February 20, 2020 10:41 AM
**To:** Drew Greco <dgreco@atis.org>; Tom Goode <tgoode@atis.org>
**Cc:** scoran@lermansenter.com; Jesse Raasch <jesse@na.baicells.com>
**Subject:** [EXT] RE: Baicells Migration Plan Update

Drew,

Yes we can. I need to sync up with Jesse to make changes in the status slide. When is the due date? FYI, Andy Yang is no longer with Baicells.

Respectively,

**Rick Harnish**

Chief Marketing Officer

Mobile: (+1) 260-307-4000

E-mail: rharnish@baicells.com

Baicells Technologies Co., Ltd.



*"Connect More With Less"*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER     BAICELLS-000062667

This e-mail and its attachments contain confidential information from Baicells Technologies Co. Ltd., which is intended only for the person or entity whose address is listed above. Any use of the information contained herein in any way (including, but not limited to, total or partial disclosure, reproduction, or dissemination) by persons other than the intended recipient(s) is prohibited. If you receive this e-mail in error, please notify the sender by phone or email immediately and delete it!

**From:** Drew Greco <dgreco@atis.org>
**Sent:** Thursday, February 20, 2020 9:56 AM
**To:** Rick Harnish <rick.harnish@na.baicells.com>; Tom Goode <tgoode@atis.org>; Andy Yang <andy.yang@na.baicells.com>
**Cc:** scoran@lermansenter.com; Jesse Raasch <jesse@na.baicells.com>
**Subject:** RE: Baicells Migration Plan Update

Hi Rick,

Thank you for the December update on the PLMN Migration Plan. Do you have an update for us to post for the February Quarterly report?

Thank you,



**Drew Greco**
ATIS Coordinator – Global Standards Development
516-796-6087

---

**From:** Rick Harnish <rick.harnish@na.baicells.com>
**Sent:** Friday, December 20, 2019 3:00 PM
**To:** Drew Greco <dgreco@atis.org>; Tom Goode <tgoode@atis.org>; Andy Yang <andy.yang@na.baicells.com>
**Cc:** scoran@lermansenter.com; Jesse Raasch <jesse@na.baicells.com>
**Subject:** [EXT] Baicells Migration Plan Update

Mr. Greco,

Bo Wei, former President and CEO of Baicells Technologies NA, has moved on to a new opportunity in a friend's business. Myself, Jesse Raasch and Andy Yang will be communicating our PLMN Migration Plan updates. No replacement has been named yet.

I have attached a PowerPoint slide deck of our progress thus far. Testing with some customers continues and backend operations and firmware are being upgraded. We expect to get more aggressive with the rollout after the new year begins.

Happy Holidays.

Respectively,

**Rick Harnish**
Chief Marketing Officer
Baicells Technologies, NA

260-307-4000
rick.harnish@na.baicells.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BAICELLS-000062669