# EXHIBIT 22

| | |
|---|---|
| Message | |
| From: | Giancarlo D'Amico [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A4374657711641CF883530114675943C-G.DAMICO] |
| Sent: | 12/10/2019 10:20:09 AM |
| To: | Andy Yang [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=095658fdead141e486f34b31c4e50be0-andy.yang] |
| CC: | Boun Senekham [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0985941c5e584dd68b2d5af0a6d4bc65-boun]; Dian Yao [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=44d73277b34e47a093f9d24d783d85fd-dian.yao] |
| Subject: | RE: Alliance Cat6 / SIMS / 436Q |

Thanks Andy, much appreciated.

Sincerely;
Giancarlo

---

**From:** Andy Yang <andy.yang@na.baicells.com>
**Sent:** December 10, 2019 11:13 AM
**To:** Giancarlo D'Amico <g.damico@na.baicells.com>
**Cc:** Boun Senekham <boun@na.baicells.com>; Dian Yao <dian.yao@na.baicells.com>; Andy Yang <andy.yang@na.baicells.com>
**Subject:** RE: Alliance Cat6 / SIMS / 436Q

Hi Giancarlo,
When the WISPs have their own EPC & service structure, they shall apply their HNI (Home Network Identifier)/PLMN.  That's the typically practice in telecom industrial as the link & figure below!  As I mentioned previously, unless they are too small and need Baicells' core service, then they can use our registered HNI/PLMN 314-030.  For the 311-98 which shall be prohibit to use anymore as current legal concern about it.  Thanks!
https://www.mcc-mnc.com/

| MCC | MNC | ISO | Country | | Operator |
|---|---|---|---|---|---|
| 302 | 670 | ca | Canada | 1 | CityWest Mobility |
| 302 | 361 | ca | Canada | 1 | Clearnet |
| 302 | 360 | ca | Canada | 1 | Clearnet |
| 302 | 380 | ca | Canada | 1 | DMTS Mobility |
| 302 | 710 | ca | Canada | 1 | Globalstar Canada |
| 302 | 640 | ca | Canada | 1 | Latitude Wireless |
| 302 | 370 | ca | Canada | 1 | FIDO (Rogers AT&T/ Microcell) |
| 302 | 320 | ca | Canada | 1 | mobilicity |
| 302 | 702 | ca | Canada | 1 | MT&T Mobility |
| 302 | 655 | ca | Canada | 1 | MTS Mobility |
| 302 | 660 | ca | Canada | 1 | MTS Mobility |
| 302 | 701 | ca | Canada | 1 | NB Tel Mobility |
| 302 | 703 | ca | Canada | 1 | New Tel Mobility |
| 302 | 760 | ca | Canada | 1 | Public Mobile |
| 302 | 657 | ca | Canada | 1 | Quebectel Mobility |
| 302 | 720 | ca | Canada | 1 | Rogers AT&T Wireless |
| 302 | 654 | ca | Canada | 1 | Sask Tel Mobility |
| 302 | 780 | ca | Canada | 1 | Sask Tel Mobility |
| 302 | 680 | ca | Canada | 1 | Sask Tel Mobility |
| 302 | 656 | ca | Canada | 1 | Tbay Mobility |
| 302 | 220 | ca | Canada | 1 | Telus Mobility |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Regards,

**Andy Yang**
Director of Engineering & Services



Baicells Technologies North America

682-433-2546 (M)
andy.yang@na.baicells.com

---

**From:** Giancarlo D'Amico <g.damico@na.baicells.com>
**Sent:** Tuesday, December 10, 2019 9:45 AM
**To:** Andy Yang <andy.yang@na.baicells.com>
**Cc:** Boun Senekham <boun@na.baicells.com>; Dian Yao <dian.yao@na.baicells.com>
**Subject:** RE: Alliance Cat6 / SIMS / 436Q

Hi Andy;

When WISP's have their own EPC and services structure in house, wouldn't be ideal for them to use 311-98 SIMs?

Thanks;
Giancarlo

**From:** Boun Senekham <boun@na.baicells.com>
**Sent:** December 10, 2019 10:34 AM
**To:** Andy Yang <andy.yang@na.baicells.com>; Dian Yao <dian.yao@na.baicells.com>; Giancarlo D'Amico <g.damico@na.baicells.com>
**Subject:** RE: Alliance Cat6 / SIMS / 436Q

Got it, thanks!

**From:** Andy Yang <andy.yang@na.baicells.com>
**Sent:** Tuesday, December 10, 2019 10:31 AM
**To:** Boun Senekham <boun@na.baicells.com>; Dian Yao <dian.yao@na.baicells.com>; Giancarlo D'Amico <g.damico@na.baicells.com>
**Subject:** RE: Alliance Cat6 / SIMS / 436Q

No matter US, Canada, LATAM or other regions, no network shall use this non-registered PLMN as SIM cards start (311-98xxxxxxxxxxxx).

As I mentioned previously, highly recommend to customers applying their own PLMN (Home Network Identifier) and the SIM number can be used their PLMN as start. If the customers rely on Baicells core, the Baicells new PLMN (314-030) will be only option. Thanks!

Regards,

**Andy Yang**
Director of Engineering & Services

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    BAICELLS-000007953



Baicells Technologies North America

682-433-2546 (M)
andy.yang@na.baicells.com

---

**From:** Boun Senekham <boun@na.baicells.com>
**Sent:** Tuesday, December 10, 2019 9:24 AM
**To:** Andy Yang <andy.yang@na.baicells.com>; Dian Yao <dian.yao@na.baicells.com>; Giancarlo D'Amico <g.damico@na.baicells.com>
**Subject:** RE: Alliance Cat6 / SIMS / 436Q

Hi Andy,

Alliance is a Canadian partner.  I guess I should have explained this.  Does this affect Canadian partners or just US?

@Giancarlo D'Amico please slack me Alliance SIM inventory count both US and Canada.

Thanks,

Boun

---

**From:** Andy Yang <andy.yang@na.baicells.com>
**Sent:** Tuesday, December 10, 2019 10:13 AM
**To:** Boun Senekham <boun@na.baicells.com>; Dian Yao <dian.yao@na.baicells.com>
**Cc:** Giancarlo D'Amico <g.damico@na.baicells.com>; Andy Yang <andy.yang@na.baicells.com>
**Subject:** RE: Alliance Cat6 / SIMS / 436Q

Hi Boun,
The idea is swap all the existing 311-98 SIMs which is not registered and not belong to Baicells.   Technical speaking, customer shall have their own PLMN to identify their network.   However, since WISP customers are all small scale networks, hence Baicells provides the cloudcore solution.    For all the future SIM operating in Baicells core, need to use the Baicells registered PLMN 314-030; and we will eventually shut down the 311-98 EPC.   Thanks!

Regards,

**Andy Yang**
Director of Engineering & Services



Baicells Technologies North America

682-433-2546 (M)
andy.yang@na.baicells.com

---

**From:** Boun Senekham <boun@na.baicells.com>
**Sent:** Tuesday, December 10, 2019 8:21 AM
**To:** Dian Yao <dian.yao@na.baicells.com>; Andy Yang <andy.yang@na.baicells.com>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                     BAICELLS-000007954

**Cc:** Giancarlo D'Amico <g.damico@na.baicells.com>
**Subject:** FW: Alliance Cat6 / SIMS / 436Q
**Importance:** High

Hello Dian,

We need to confirm with Yangtao if the 436Q shipped to Alliance needs to be modified.

@Andy Yang, Alliance is Canadian partner.  Do we need to swap their SIM cards?  Please confirm.

Thanks!

Boun

---

**From:** Giancarlo D'Amico <g.damico@na.baicells.com>
**Sent:** Tuesday, December 10, 2019 9:09 AM
**To:** Boun Senekham <boun@na.baicells.com>
**Subject:** Alliance Cat6 / SIMS / 436Q

Hi Boun;

Alliance Canada

No Cat 6 UE's on Hand.

On hand:
BAICELLS-SIMCARD-100         1
BAICELLS-SIMCARD-1EA        24

On order ETA mid Dec.
1 x BAICELLS-SIMCARD-100
16 x 436Q

Thanks;
Giancarlo

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                           BAICELLS-000007955