UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

LIGTEL COMMUNICATIONS, INC.,

    Plaintiff,

v.

BAICELLS TECHNOLOGIES INC.;
BAICELLS TECHNOLOGIES NORTH
AMERICA, INC.,

    Defendants.

Case No. 1:20-cv-00037-HAB-SLC

## SUPPLEMENTAL DECLARATION OF RICK HARNISH TO CORRECT TYPOS

I, Rick Harnish, declare the following:

1. I am a citizen of the United States of America, domiciled in the State of Indiana.

2. In reviewing my Supplemental Declaration in this matter, dated April 8, 2020, I discovered two typos in need of correction.

3. The date in paragraph 19 should be "July 29, 2019," not "July 29, 2020."

4. The date in paragraph 20 should be "August 7, 2019," not "August 7, 2020."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____4/14/2020_____ (date) in the State of Indiana, United States of America.

                                                                                    _____
                                                                                   Rick Harnish

1