UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-cv-00037-HAB-SLC |
| | ) |
| BAICELLS TECHNOLOGIES INC., | ) |
| BAICELLS TECHNOLOGIES NORTH | ) |
| AMERICA INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

The undersigned counsel respectfully seeks leave to withdraw his appearance on behalf of Plaintiff.  Plaintiff will continue to be represented by Samuel L. Feder, Michael J. Nelson, Gabriel K. Gillett and Leigh J. Jahnig who appeared on January 21, 2020.

WHEREFORE, Michael L. Schultz prays this Court enter an order withdrawing his appearance on behalf of Plaintiff, LigTel Communications, Inc., and for all other relief proper in the premises.

Respectfully submitted,

By:  /s/ Michael L. Schultz
Michael L. Schultz (20361-49)
PARR RICHEY FRANDSEN PATTERSON
   KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:  (317) 269-2500
Facsimile:  (317) 269-2514
E-mail:  mschultz@parrlaw.com

*Attorney for Plaintiff, LigTel Communications, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served upon the following Electronically by operation of the Court's electronic filing system this 15th day of May, 2020:

Adam Arceneaux
Eric J. McKeown
Jessa DeGroote
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200

                                               /s/ Michael L. Schultz
                                               Michael L. Schultz


Michael L. Schultz
PARR RICHEY FRANDSEN PATTERSON
  KRUSE LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN  46204
Telephone:	(317) 269-2500
Facsimile:	(317) 269-2514
E-mail:	mschultz@parrlaw.com

Samuel L. Feder *(admitted pro hac vice)*
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone:	(202) 639-6000
Email:	sfeder@jenner.com

Michael J. Nelson
Gabriel K. Gillett (admitted *pro hac vice*)
Leigh J. Jahnig (admitted *pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Telephone:	(312) 222-9350
Email:	mnelson@jenner.com
                ggillett@jenner.com
                ljahnig@jenner.com

1510797