UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-00037-HAB-SLC |
| BAICELLS TECHNOLOGIES INC., BAICELLS TECHNOLOGIES NORTH AMERICA INC., | ) |
| Defendants. | ) |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF APPEARANCE**

This matter came before the Court upon Michael L. Schultz's Motion for Withdrawal of Appearance and the Court having reviewed said Motion and being duly advised in the premises, now GRANTS the motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the appearance of Michael L. Schultz be withdrawn on behalf of Plaintiff, LigTel Communications, Inc.

SO ORDERED.

Entered this 15th day of May 2020.

Susan Collins
Susan Collins
United States Magistrate Judge

Distribution: All counsel of record
via CM/ECF