**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| LIGTEL COMMUNICATIONS, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>BAICELLS TECHNOLOGIES INC.;<br>BAICELLS TECHNOLOGIES NORTH AMERICA INC.,<br><br>                Defendants. | Case No. 1:20-cv-00037-HAB-SLC |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff LigTel Communications, Inc. hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order (Dkt. 43) filed on April 21, 2020 and entered on April 22, 2020, denying Plaintiff's motion for a preliminary injunction.

Dated: May 21, 2020						Respectfully submitted,

                                                                                                                 */s/ Gabriel K. Gillett*

Samuel L. Feder (admitted *pro hac vice*)
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000

Michael J. Nelson
Gabriel K. Gillett (admitted *pro hac vice*)
Leigh J. Jahnig (admitted *pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350

*Attorneys for Plaintiff*
*LigTel Communications, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2020, I caused the foregoing document, along with the accompanying declarations and exhibits, to be filed electronically with the Clerk of the Court using the CM/ECF system, which sent a notification to all counsel of record.

DATED: May 21, 2020

*/s/ Gabriel K. Gillett*
